SEALED BY ORDER OF THE COURT

FILED
NOV 13 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
OAKLAND CALIFORNIA

RECEIVED
OCT 31 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

JOSEPH H. HUNT
Assistant Attorney General, Civil Division

DAVID L. ANDERSON (CA Bar No. 149604)
United States Attorney
SARA WINSLOW (DC Bar No. 457643)
Chief, Civil Division
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7102
Facsimile: (415) 436-6748
kimberly.friday@usdoj.gov

ANDY MAO
JAMIE YAVELBERG
ROHITH V. SRINIVAS
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-6604   Fax: (202) 307-3852
E-mail: rohith.v.srinivas@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LAURIE M. HANVEY and STATE OF CALIFORNIA *ex rel.* LAURIE M. HANVEY, <br><br> Plaintiffs, <br><br> v. <br><br> SUTTER HEALTH, et al., <br><br> Defendants. | Case No. C 14-4100-KAW <br><br> **UNITED STATES' AND STATE OF CALIFORNIA'S NOTICE REGARDING ELECTION TO INTERVENE; [PROPOSED] ORDER TO UNSEAL** <br><br> **FILED UNDER SEAL** |

1. Pursuant to 31 U.S.C. § 3730 (b)(4), the United States hereby notifies the Court that it elects to intervene in part, for purposes of settlement, and decline in part in this False Claims Act *qui tam* action.

2. Pursuant to the California False Claims Act, California Government Code section 12652 (c)(8)(D)(iii), the State of California notifies the Court of its decision not to intervene in this action.

3. The United States intervenes against Sac Cardio with respect to Sac Cardio's billing of Medicare, from May 1, 2011, through September 30, 2014, for services provided at Sutter Health Sacramento Sierra Region d/b/a Sutter Medical Center, Sacramento ("SMCS") by physician assistants whose services Sac Cardio was leasing to SMCS. This conduct is referred to below as the "Sac Cardio Covered Conduct."

4. The United States has entered into a Settlement Agreement with Sac Cardio. This Settlement Agreement will release Sac Cardio from liability for the Sac Cardio Covered Conduct. After receiving payment of the settlement amount, the United States will dismiss its claims against Sac Cardio for the Sac Cardio Covered Conduct, pursuant to the terms and conditions of the Settlement Agreement.[1]

5. The United States declines to intervene in this action as to all other defendants and, with respect to Sac Cardio, the United States declines to intervene as to all allegations not encompassed by the Sac Cardio Covered Conduct.

6. Although the United States declines to intervene as to certain defendants and certain allegations, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and

---

[1] The United States has also entered into a Settlement Agreement with SMCS to resolve certain claims not pending in this action.

U.S. & CALIFORNIA NOTICE RE ELECTION TO INTERVENE; [PROPOSED] ORDER, No. C 14-4100-KAW

2

their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either Relator or Defendants propose that any federal claims asserted in this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with an opportunity to be heard before ruling or granting its approval.

7. Furthermore, 31 U.S.C. § 3730(c)(3) permits the United States to be served with copies of all pleadings filed in the action. Accordingly, the undersigned government counsel will file a Notice of Appearance for the purpose of receiving ECF notifications of filings in this case. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also reserves its right to seek the dismissal of the relator's action or claim pursuant to 31 U.S.C. § 3730(c)(2)(A), and to request a stay of discovery pursuant to 31 U.S.C. § 3730(c)(4).

8. California Government Code section 12652(c)(1) states that once filed, the action may be dismissed only with the written consent of the Court and the California Attorney General. As such, the State of California requests that it be given an opportunity to be heard before the Court rules on, or grants its approval to, any settlement of state claims in this action. The State of California also reserves its right to intervene in this action, for good cause, at a later date. (Cal. Gov. Code § 12652(f)(2)(A).)

9. As set forth in Government Code section 12652(f)(1), the State of California requests

U.S. & CALIFORNIA NOTICE RE ELECTION TO INTERVENE; [PROPOSED] ORDER, No. C 14-4100-KAW

3

that the parties serve the State of California with a copy of all pleadings subsequently filed in this action. Upon request, the State of California shall be supplied with copies of deposition transcripts at its expense.

10. Furthermore, in accordance with Government Code section 12656, the State of California requests that the parties serve the State of California with a copy of the notice or petition initiating any appeal and each paper, including briefs, filed in the appeal.

11. Finally, the United States and the State request that Relator's Complaint, the Summons, the Case Management Order, this Notice, and the attached proposed Order be unsealed and that the seal be lifted as to all matters subsequently occurring in this action. We request that all other papers on file in this action remain under seal because in discussing the content and extent of the government's investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

//

//

//

//

//

//

//

//

//

U.S. & CALIFORNIA NOTICE RE ELECTION TO INTERVENE; [PROPOSED] ORDER, No. C 14-4100-KAW

4

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General, Civil Division

DAVID L. ANDERSON
United States Attorney

Dated: October 30, 2019

By: /s/ Sara W.
SARA WINSLOW
Assistant United States Attorney

ANDY MAO
JAMIE YAVELBERG
ROHITH V. SRINIVAS
Attorneys, Civil Division
Attorneys for the United States of America

XAVIER BECERRA
Attorney General of the State of California

Dated: October 25, 2019

By: /s/
ELIZABETH VOORHIES
Deputy Attorney General
Attorneys for the State of California

//
//
//
//
//
//
//
//
//
//

U.S. & CALIFORNIA NOTICE RE ELECTION TO INTERVENE; [PROPOSED] ORDER, No. C 14-4100-KAW

## [PROPOSED] ORDER TO UNSEAL

The United States having declined to intervene in part in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the State of California having declined to intervene in this action pursuant to California Government Code section 12652 (c)(8)(D)(iii), the Court ORDERS as follows:

1. The complaint, summons, and case management order be unsealed and served upon Defendants by Relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon Defendants, except for this Order and the accompanying Notice Regarding Election to Intervene, which Relator will serve upon Defendants;

3. The seal be lifted as to all matters occurring in this action after the date of this Order;

4. Counsel for the United States and for the State of California shall file notices of appearance in this action for the purpose of receiving ECF notifications of all pleadings and motions filed in this action. The United States and the State of California may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time; and

5. Should Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States and the State of California with an opportunity to be heard before ruling, in accordance with 31 U.S.C. § 3730(b)(1).

IT IS SO ORDERED.

Dated: 11/13/19

_____
KANDIS A. WESTMORE
United States Magistrate Judge

U.S. & CALIFORNIA NOTICE RE ELECTION TO INTERVENE; [PROPOSED] ORDER, No. C 14-4100-KAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, et al.,

Plaintiffs,

v.

SUTTER HEALTH, et al.,

Defendants.

Case No.: 4:14-cv-04100-KAW
*SEALED*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 11/13/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Elizabeth S. Voorhies
Ofc Attorney General
1455 Frazee Rd Ste. 315
San Diego, CA 92108

Sara Winslow
United States Attorney's Office Northern District of California
450 Golden Gate Avenue
9th Floor, Box 36055
San Francisco, CA 94102

Dated: 11/13/2019

Susan Y. Soong
Clerk, United States District Court

By: *Jennifer Ottolini*
Jennifer Ottolini, Deputy Clerk to
the Honorable Kandis A. Westmore