DAVID L. ANDERSON (CA Bar No. 149604)
United States Attorney
SARA WINSLOW (DC Bar No. 457643)
Chief, Civil Division
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925
    Facsimile: (415) 436-6748
    sara.winslow@usdoj.gov

ANDY J. MAO
JAMIE YAVELBERG
ROHITH V. SRINIVAS
United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-6604
    Fax: (202) 307-3852
    rohith.v.srinivas@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LAURIE M. HANVEY and STATE OF CALIFORNIA *ex rel.* LAURIE M. HANVEY,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUTTER HEALTH, et al.,<br><br>    Defendants. | Case No. C 14-4100-KAW<br><br>**STIPULATION OF PARTIAL DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1), the United States of America and Relator Laurie M. Hanvey, through their undersigned counsel, hereby stipulate to the partial dismissal of this action pursuant to the terms and conditions of the Settlement Agreement that they entered into with Sutter Health and Sutter Health Sacramento Sierra Region d/b/a Sutter Medical Center, Sacramento ("SMCS"), effective October 30, 2019.

STIPULATION OF PARTIAL DISMISSAL, No. C 14-4100-KAW

1. Consistent with the terms of the Settlement Agreement, the United States and Relator hereby dismiss the claims in this action against Sutter Health and SMCS arising from SMCS's submission of claims, and Sutter Health's causing SMCS to submit claims, to federal health programs, including the Medicare and Medicaid programs, resulting from referrals by the physicians of Sacramento Cardiovascular Surgeons Medical Group, Inc., which claims violated or resulted from violations of the Stark Law or the AKS during the period from September 1, 2012, through September 30, 2014.

2. This partial dismissal is with prejudice as to Relator and without prejudice as to the United States.

3. The United States and Relator specifically do not release any claims not expressly released by the Settlement Agreement, including Relator's claims for expenses, attorney's fees, and costs pursuant to 31 U.S.C. § 3730(d) for all claims released in the Settlement Agreement.

4. No answer has been served or filed, and no parties other than the United States and the Relator have appeared in this action.

IT IS SO STIPULATED.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: November 21, 2019            By:   _/s/ *Sara Winslow*_____
                                          SARA WINSLOW
                                          Assistant United States Attorney

                                          ANDY J. MAO
                                          JAMIE YAVELBERG
                                          ROHITH V. SRINIVAS
                                          Attorneys, Civil Division

                                          Attorneys for the United States of America

STIPULATION OF PARTIAL DISMISSAL, No. C 14-4100-KAW

2

|   |   |   |
|---|---|---|
|   |   | WILBANKS & GOUINLOCK, LLP |
|   |   | WITHROW, MCQUADE & OLSEN, LLP |
|   |   | HIRST LAW GROUP, P.C. |
| Dated: November 21, 2019 | By: | _/s/ *Marlan B. Wilbanks*_____ |
|   |   | MARLAN B. WILBANKS |
|   |   | SUSAN S. GOUINLOCK |
|   |   | SCOTT C. WITHROW |
|   |   | MICHAEL A. HIRST |
|   |   | Attorneys for *Qui Tam* Plaintiff/Relator |
|   |   | Laurie M. Hanvey |

STIPULATION OF PARTIAL DISMISSAL, No. C 14-4100-KAW

3