DAVID L. ANDERSON (CA Bar No. 149604)
United States Attorney
SARA WINSLOW (DC Bar No. 457643)
Chief, Civil Division
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925
    Facsimile: (415) 436-6748
    sara.winslow@usdoj.gov

ANDY J. MAO
JAMIE YAVELBERG
ROHITH V. SRINIVAS
United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-6604
    Fax: (202) 307-3852
    rohith.v.srinivas@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LAURIE M. HANVEY and STATE OF CALIFORNIA *ex rel.* LAURIE M. HANVEY, <br><br> Plaintiffs, <br><br> v. <br><br> SUTTER HEALTH, et al., <br><br> Defendants. | Case No. C 14-4100-KAW <br><br> **STIPULATION OF FURTHER PARTIAL DISMISSAL** |

      Pursuant to Fed. R. Civ. P. 41(a)(1), the United States of America and Relator Laurie M. Hanvey, through their undersigned counsel, hereby stipulate to the further partial dismissal of this action pursuant to the terms and conditions of the Settlement Agreement that they entered into with Sacramento Cardiovascular Surgeons Medical Group, Inc. ("Sac Cardio"), effective October 30, 2019.

STIPULATION OF FURTHER PARTIAL DISMISSAL, No. C 14-4100-KAW

1. Consistent with the terms of the Settlement Agreement, the United States and Relator hereby dismiss, with prejudice, the claims in this action against Sac Cardio arising from Sac Cardio's billing of Medicare, from May 1, 2011, through September 30, 2014, for services provided at Sutter Health Sacramento Sierra Region d/b/a Sutter Medical Center, Sacramento ("SMCS") by physician assistants whose services Sac Cardio was leasing to SMCS.

2. The United States and Relator specifically do not release any claims not expressly released by the Settlement Agreement, including Relator's claims for expenses, attorney's fees, and costs pursuant to 31 U.S.C. § 3730(d) for all claims released in the Settlement Agreement.

3. No answer has been served or filed, and no parties other than the United States and the Relator have appeared in this action.

IT IS SO STIPULATED.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: December 23, 2019     By:     _/s/ *Sara Winslow*_____
SARA WINSLOW
Assistant United States Attorney

ANDY J. MAO
JAMIE YAVELBERG
ROHITH V. SRINIVAS
Attorneys, Civil Division

Attorneys for the United States of America

STIPULATION OF FURTHER PARTIAL DISMISSAL, No. C 14-4100-KAW

2

|  |  |  |
|---|---|---|
|  |  | WILBANKS & GOUINLOCK, LLP |
|  |  | WITHROW, MCQUADE & OLSEN, LLP |
|  |  | HIRST LAW GROUP, P.C. |
| Dated: December 19, 2019 | By: | _/s/ *Marlan B. Wilbanks*_____ |
|  |  | MARLAN B. WILBANKS |
|  |  | SUSAN S. GOUINLOCK |
|  |  | SCOTT C. WITHROW |
|  |  | MICHAEL A. HIRST |
|  |  | Attorneys for *Qui Tam* Plaintiff/Relator |
|  |  | Laurie M. Hanvey |

STIPULATION OF FURTHER PARTIAL DISMISSAL, No. C 14-4100-KAW