Matthew W. Turetzky (SBN 280997)
THE NORTON LAW FIRM PC
299 Third Street, Ste 106
Oakland, California 94607
Telephone: (510) 906-4900
Fax: (510) 906-4910
mturetzky@nortonlaw.com

Robert T. Rhoad (*Pro hac vice* forthcoming) (DC Bar No. 456535)
NICHOLS LIU LLP
700 6th St. NW, Ste. 430
Washington, DC 20001
Telephone: (202) 846-9807
Fax: (202) 379-9150
rrhoad@nicholsliu.com

*Attorneys for Defendant*
CALIFORNIA EMERGENCY
PHYSICIANS MEDICAL GROUP,
A PROFESSIONAL CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA ex rel. LAURIE M. HANVEY, <br><br> *Relator*, <br><br> v. <br><br> SUTTER HEALTH, et al., <br><br> *Defendants*. | Case No. 14-cv-04100-KAW <br><br> **NOTICE OF APPEARANCE OF MATTHEW W. TURETZKY [CIV L.R. 5-1(c)(2)]** <br><br> Judge: Hon. Kandis A. Westmore |

Case No. 14-cv-04100-KAW

DEF. CAL. EMERGENCY PHYS. MED. GROUP, PC'S CORPORATE DISCLOSURE STATEMENT

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Rule 5-1(c)(2) of the United States District Court for the Northern District of California's Civil Local Rules, Matthew W. Turetzky of The Norton Law Firm PC hereby enters his appearance as counsel for Defendant California Emergency Physicians Medical Group, PC in the above-captioned matter. Please direct all pleadings, orders, and other documents to counsel of record at the above address.

Date: February 19, 2020

By: /s/ Matthew W. Turetzky

Matthew W. Turetzky (SBN 280997)
THE NORTON LAW FIRM PC
299 Third Street, Ste 106
Oakland, California 94607
Telephone: (510) 906-4900
Fax: (510) 906-4910
mturetzky@nortonlaw.com

Robert T. Rhoad (*Pro hac vice* forthcoming)
(DC Bar No. 456535)
NICHOLS LIU LLP
700 6th St. NW, Ste. 430
Washington, DC 20001
Telephone: (202) 846-9807
Fax: (202) 379-9150
rrhoad@nicholsliu.com

*Attorneys for Defendant*
CALIFORNIA EMERGENCY
PHYSICIANS MEDICAL GROUP, PC