# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| U.S. and State of California ex rel. Hanvey,<br>*Plaintiff*<br>v.<br>Sutter Health, et al.,<br>*Defendant* | )<br>)<br>)  Civil Action No. 14-cv-04100-KAW<br>)<br>) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Michael A. Hirst, Attorney for Relator
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

   I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

   I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

   I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from    2/10/2020   , the date when this request was sent (or 90 days if it was sent outside the United United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   3/11/2020

Stephen K. Liu, M.D., Professional Corporation
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

Jason M. Allen
*Printed name*

Kessenick, Gamma & Free, LLP
1 Post Street, Suite 2500
San Francisco, CA 94104
*Address*

jallen@kgf-lawfirm.com
*E-mail address*

415-568-2018
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

   Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

   "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

   If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

   If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# PROOF OF SERVICE

*United States ex rel. Hanvey v. Sutter Health, et al.*, 14-cv-04100-KAW

I, Taniseia Vo, declare that I am a citizen of the United States, am over 18 years of age, am employed in the County of San Francisco, and am not a party to the within action. My business address is 1 Post Street, Suite 2500, San Francisco, CA 94104.

I caused the following documents to be served on March 11, 2020:

**IN RE MR. STEPHEN K. LIU, M.D. WAIVER OF SERVICE OF SUMMONS**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope, with the postage prepaid, addressed as follows:

Michael A. Hirst, Esq.
Hirst Law Group, A Professional Corporation
200 B Street
Suite A
Davis, CA 95616
michael.hirst@hirstlawgroup.com

  x    BY FIRST CLASS MAIL: I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on , following ordinary business practices.

  x    BY ELECTRONIC SERVICE: Based on a court order or an agreement of the parties to accept service by electronic transmission, at_____ a.m./pm on , I caused the documents to be sent to the person(s) at the electronic notification address(es) listed above. Within a reasonable time, the transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on March 11, 2020.

Dated: March 11, 2020          *Taniseia Vo*
                                             Taniseia Vo