LATHAM & WATKINS LLP
Katherine A. Lauer (Bar No. 138010)
 *katherine.lauer@lw.com*
Jason M. Ohta (Bar No. 211107)
 *jason.ohta@lw.com*
Amy E. Hargreaves (Bar No. 266255)
 *amy.hargreaves@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

Attorneys for Defendants Sutter Health, Sutter Valley Hospitals, Sutter Valley Medical Foundation, Sutter Bay Hospitals and Sutter Bay Medical Foundation

*Additional Counsel on Signature Page(s)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* LAURIE M. HANVEY,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER HEALTH;<br><br>SUTTER VALLEY HOSPITALS, f/k/a Sutter Health Sacramento Sierra Region, f/k/a Sutter Central Valley Hospitals, d/b/a Sutter Medical Center, Sacramento, a/k/a Sutter Roseville Medical Center, a/k/a Sutter Amador Hospital, a/k/a Sutter Auburn Faith Hospital, a/k/a Sutter Davis Hospital, a/k/a Sutter Solano Medical Center, d/b/a Memorial Medical Center, a/k/a Memorial Hospital Los Banos, a/k/a Sutter Tracy Community Hospital;<br><br>SUTTER VALLEY MEDICAL FOUNDATION, f/k/a Sutter Medical Foundation, f/k/a Sutter Gould Medical Foundation; | Case No. 4:14-cv-04100-KAW<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)**<br><br>Assigned Judge: Hon. Kandis A. Westmore |

| | |
|---|---|
| 1 | SUTTER BAY HOSPITALS, f/k/a Sutter East Bay Hospitals, f/k/a Sutter Medical Center, Castro Valley, d/b/a Alta Bates Summit Medical Center, a/k/a Sutter Delta Medical Center, d/b/a Eden Medical Center; |
| 2 | |
| 3 | |
| 4 | SUTTER BAY MEDICAL FOUNDATION, f/k/a Sutter East Bay Medical Foundation; |
| 5 | |
| 6 | SUTTER MEDICAL GROUP, A CALIFORNIA CORPORATION; |
| 7 | SUTTER INDEPENDENT PHYSICIANS, A MEDICAL CORPORATION; |
| 8 | |
| 9 | SUTTER EAST BAY MEDICAL GROUP, INC., f/k/a East Bay Physicians Medical Group, Inc.; |
| 10 | |
| 11 | SACRAMENTO CARDIOVASCULAR SURGEONS MEDICAL GROUP, INC.; |
| 12 | EAST BAY CARDIAC SURGERY CENTER MEDICAL GROUP; |
| 13 | |
| 14 | BASS MEDICAL GROUP, f/k/a Bay Area Surgical Specialists, Inc., A Medical Corporation, f/k/a East Bay Vascular Group; |
| 15 | |
| 16 | STEPHEN K. LIU, M.D., PROFESSIONAL CORPORATION; and |
| 17 | CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, A PROFESSIONAL CORPORATION, f/k/a Sutter Emergency Medical Associates, |
| 18 | |
| 19 | |
| | Defendants. |

1    Plaintiff Laurie M. Hanvey ("Plaintiff") and Defendants Sutter Health, Sutter Valley Hospitals, Sutter Valley Medical Foundation, Sutter Bay Hospitals, Sutter Bay Medical Foundation, Sutter Medical Group, Sutter East Bay Medical Group, Inc., Sacramento Cardiovascular Surgeons Medical Group, Inc., East Bay Cardiac Surgery Center Medical Group, BASS Medical Group, Stephen K. Liu, M.D., Professional Corporation, and California Emergency Physicians Medical Group, a Professional Corporation (collectively, "Defendants"), by and through their undersigned counsel, respectfully submit this Joint Stipulation Extending Time for Defendants to Respond to First Amended Complaint.

**WHEREAS**, Defendants Sutter Health, Sutter Valley Hospitals, Sutter Valley Medical Foundation, Sutter Bay Hospitals and Sutter Bay Medical Foundation each waived service of the First Amended Complaint, and their responsive pleading is currently due by March 27, 2020, (ECF No. 50);

**WHEREAS**, Defendant California Emergency Physicians Medical Group, a Professional Corporation, waived service of the First Amended Complaint, and its responsive pleading is currently due by March 31, 2020, (ECF No. 51);

**WHEREAS**, Defendant East Bay Cardiac Surgery Center Medical Group waived service of the First Amended Complaint, and its responsive pleading is currently due by March 31, 2020, (ECF No. 56);

**WHEREAS**, Defendant Sacramento Cardiovascular Surgeons Medical Group, Inc. waived service of the First Amended Complaint, and its responsive pleading is currently due by March 30, 2020, (ECF No. 57);

**WHEREAS**, Defendant Sutter East Bay Medical Group, Inc. waived service of the First Amended Complaint, and its responsive pleading is currently due by March 31, 2020, (ECF No. 59);

**WHEREAS**, Defendant Sutter Medical Group waived service of the First Amended Complaint, and its responsive pleading is currently due by March 31, 2020, (ECF No. 60);

1   **WHEREAS**, Defendant BASS Medical Group waived service of the First Amended
2   Complaint, and its responsive pleading is currently due by March 31, 2020, (ECF No. 61);

3   **WHEREAS**, Defendant Stephen K. Liu, M.D., a Professional Corporation, waived
4   service of the First Amended Complaint, and its responsive pleading is currently due by April
5   10, 2020, (ECF No. 62); and

6   **WHEREAS**, the parties have met and conferred concerning an extension of Defendants'
7   time to respond to the First Amended Complaint.

8   **NOW, HEREBY, THE PARTIES STIPULATE AND AGREE** that, pursuant to Civil
9   Local Rule 6-1(a), Defendants shall have up to and including May 11, 2020 to file their
10  responsive pleadings to Plaintiff's First Amended Complaint.  Plaintiff shall have up to and
11  including June 15, 2020 to file her opposition to any motions to dismiss that may be filed by
12  Defendants.  Defendants shall have up to and including June 29, 2020 to file any reply briefs.

13  This is the first stipulation for an extension of time between the parties as to Defendants'
14  responsive pleadings.  The extension will not alter the date of any event or alter any deadline
15  already fixed by Court order.

16  **IT IS SO STIPULATED AND AGREED.**

17  DATED: March 26, 2020                Respectfully submitted,

18                                       LATHAM & WATKINS LLP

20                                       By: */s/ Jason M. Ohta*
21                                           Jason M. Ohta (CA Bar No. 211107)
                                             Attorneys for Defendants Sutter Health, Sutter
                                             Valley Hospitals, Sutter Valley Medical
22                                           Foundation, Sutter Bay Hospitals and Sutter
                                             Bay Medical Foundation

| | | |
|---|---|---|
| 1 | DATED: March 26, 2020 | WILBANKS & GOUINLOCK |
| 2 | | |
| 3 | | By: */s/ Marlan B. Wilbanks* |
| | | Marlan B. Wilbanks (admitted *pro hac vice*) |
| 4 | | 3414 Peachtree Road, NE, Suite 1075 |
| | | Atlanta, GA 30326 |
| 5 | | T: 404-842-1075 |
| | | F: 404-842-0559 |
| 6 | | mbw@wilbanksgouinlock.com |
| 7 | | Attorneys for Plaintiff Laurie M. Hanvey |
| 8 | DATED: March 26, 2020 | HIRST LAW GROUP, P.C. |
| 9 | | |
| 10 | | By: */s/ Michael A. Hirst* |
| | | Michael A. Hirst (CA Bar # 131034) |
| 11 | | 200 B. Street, Suite A |
| | | Davis, CA 95616 |
| 12 | | T: 530-756-7700 |
| | | F: 530-756-7707 |
| 13 | | michael.hirst@hirstlawgroup.com |
| 14 | | Attorneys for Plaintiff Laurie M. Hanvey |
| 15 | | |
| 16 | DATED: March 26, 2020 | DILLINGHAM & MURPHY, LLP |
| 17 | | By: */s/ Carla J. Hartley* |
| 18 | | Carla J. Hartley (CA Bar # 117213) |
| | | 601 Montgomery Street, Suite 1900 |
| 19 | | San Francisco, CA 94111 |
| | | T: 415-397-2700 |
| 20 | | F: 415-397-3300 |
| | | cjh@dillinghammurphy.com |
| 21 | | Attorneys for Defendants Sutter Medical Group |
| 22 | | and Sutter East Bay Medical Group, Inc. |

| | | |
|---|---|---|
| 1 | DATED: March 26, 2020 | BIRD MARELLA P.C. |
| 2 | | |
| 3 | | By: /s/ Nicole R. Van Dyk |
| | | Nicole R. Van Dyk (CA Bar # 261646) |
| 4 | | 1875 Century Park East, 23rd Floor |
| | | Los Angeles, CA 90067 |
| 5 | | T: 310-201-2100 |
| | | F: 310-201-2110 |
| 6 | | nvandyk@birdmarella.com |
| 7 | | Attorneys for Defendant Sacramento Cardiovascular Surgeons Medical Group, Inc. |
| 8 | | |
| 9 | DATED: March 26, 2020 | BOERSCH & ILLOVSKY LLP |
| 10 | | |
| 11 | | By: /s/ Eugene Illovsky |
| | | Eugene Illovsky (CA Bar # 117892) |
| 12 | | 1611 Telegraph Avenue, Suite 806 |
| | | Oakland, CA 94612 |
| 13 | | T: 415.500.6640 |
| | | eugene@boersch-illovsky.com |
| 14 | | Attorneys for Defendant East Bay Cardiac Surgery Center Medical Group |
| 15 | | |
| 16 | DATED: March 26, 2020 | KESSENICK, GAMMA & FREE, LLP |
| 17 | | |
| 18 | | By: /s/ Jason M. Allen |
| | | Jason M. Allen (CA Bar # 284432) |
| 19 | | 1 Post Street, Suite 2500 |
| | | San Francisco, CA 94104 |
| 20 | | T: 415-568-2018 |
| | | jallen@kgf-lawfirm.com |
| 21 | | Attorneys for Defendant Stephen K. Liu, M.D., Professional Corporation |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: March 26, 2020 | THE NORTON LAW FIRM PC |

By: */s/ Matthew W. Turetzky*
    Matthew W. Turetzky (CA Bar # 280997)
    299 Third Street, Suite 106
    Oakland, CA 94612
    T: 510-906-4905
    F: 510-906-4910
    MTuretzky@nortonlaw.com
Attorneys for Defendant California Emergency Physicians Medical Group, a Professional Corporation

DATED: March 26, 2020          BASS MEDICAL GROUP

By: */s/ Cindy Atwood*
    Cindy Atwood (CA Bar # 221192)
    2637 Shadelands Drive
    Walnut Creek, CA, 94598
    T: 925-948-8139
    cindy.atwood@bassmedicalgroup.com
Attorneys for Defendant BASS Medical Group

<u>Attestation</u>: I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: March 26, 2020          */s/ Jason M. Ohta*
                                          Jason M. Ohta

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 26, 2020, the foregoing document was served on all counsel of record by electronic mail.

Dated: March 26, 2020

*/s/ Jason M. Ohta*
Jason M. Ohta