BOERSCH & ILLOVSKY LLP
Eugene Illovsky (State Bar No. 117892)
eugene@boersch-illovsky.com
Matthew Dirkes (State Bar No. 255215)
matt@boersch-illovsky.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
East Bay Cardiac Surgery Center Medical Group

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* LAURIE M. HANVEY,<br><br>Relator,<br><br>v.<br><br>SUTTER HEALTH, *et al.*,<br><br>Defendants. | Case No. 14-cv-04100-KAW<br><br>**NOTICE OF APPEARANCE OF EUGENE ILLOVSKY** |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Eugene Illovsky of Boersch & Illovsky LLP, hereby enters an appearance as counsel on behalf of defendant East Bay Cardiac Surgery Center in this case. It is respectfully requested that copies of all notices, pleadings, orders, or other documents pertaining to the above-captioned matter be sent to counsel at the address below:

> Eugene Illovsky, Bar No. 117892
> eugene@boersch-illovsky.com
> BOERSCH & ILLOVSKY LLP
> 1611 Telegraph Avenue, Ste. 806
> Oakland, CA 94612
> Telephone: (415) 500-6640
> Facsimile: (415) 967-3062

Dated: March 27, 2020

BOERSCH & ILLOVSKY LLP

 /s/Eugene Illovsky
Eugene Illovsky

Attorneys for East Bay Cardiac
Surgery Center Medical Group