| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>George F. Carpinello (Admitted *Pro Hac Vice*)<br>gcarpinello@bsfllp.com<br>30 S. Pearl St. 11th Floor<br>Albany, NY 12207<br>Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665<br><br>Sean P. Rodriguez (SBN 262437)<br>srodriguez@bsfllp.com<br>Alexander J. Konik (SBN 299291)<br>akonik@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293-6800<br>Facsimile: (415) 293-6899<br><br>WILBANKS & GOUINLOCK, LLP<br>Marlan B. Wilbanks (Admitted *Pro Hac Vice*)<br>mbw@wilbanksgouinlock.com<br>Susan S. Gouinlock (Admitted *Pro Hac Vice*)<br>ssg@wilbanksgouinlock.com<br>3490 Piedmont Road, NE, Suite 1010<br>Atlanta, Georgia 30305<br>Telephone: (404) 842-1075<br>Facsimile: (404) 842-0559 | WITHROW, MCQUADE & OLSEN, LLP<br>Scott C. Withrow (Admitted *Pro Hac Vice*)<br>swithrow@wmolaw.com<br>3379 Peachtree Road, NE, Suite 970<br>Atlanta, Georgia 30326<br>Telephone: (404) 814-0200<br>Facsimile: (404) 814-0009<br><br>HIRST LAW GROUP, P.C.<br>Michael A. Hirst, Esq. (SBN 131034)<br>michael.hirst@hirstlawgroup.com<br>Marisela Bernal, Esq. (SBN 329589)<br>marisela.bernal@hirstlawgroup.com<br>200 B Street, Suite A<br>Davis, CA 95616<br>Telephone: (530) 756-7700<br>Facsimile: (530) 756-7707<br><br>*Attorneys for Qui Tam Plaintiff/Relator*<br>Laurie M. Hanvey<br><br>*Additional Counsel on Signature Page(s)* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA ex rel. LAURIE M. HANVEY,<br><br>  Relator,<br><br>  v.<br><br>SUTTER HEALTH et al.,<br><br>  Defendants. | No. 14-cv-04100-KAW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN DEADLINES IN LIGHT OF ONGOING SETTLEMENT EFFORTS**<br><br>Assigned Judge: Hon. Kandis A. Westmore |

**Joint Stipulation (Civil Local Rule 7-11)**

Plaintiff/Relator Laurie M. Hanvey and Defendant California Emergency Physicians Medical Group, a Professional Corporation (CEPMG PC) by and through their undersigned counsel, respectfully submit this Joint Stipulation:

**WHEREAS,** on September 10, 2014, Hanvey filed a *qui tam* action under the federal and California False Claims Acts in the United States District Court for the Northern District of California captioned *United States ex rel. Hanvey v. Sutter Health, et al.*, No. 4:14-cv-04100-KAW (the "Action");

**WHEREAS,** Hanvey's Complaint named CEPMG PC as a defendant;

**WHEREAS**, on or about October 30, 2019, the United States and the State of California filed a notice declining to intervene as to CEPMG PC and certain other defendants;

**WHEREAS**, on November 13, 2019, the Court ordered Hanvey's Complaint unsealed and served on the defendants, including CEPMG PC.

**WHEREAS**, on January 21, 2020, Hanvey amended her Complaint;

**WHEREAS**, on June 25, 2020, CEPMG PC filed a motion to dismiss;

**WHEREAS**, on March 17, 2021, this Court issued an order granting CEPMG PC's motion;

**WHEREAS**, that same order permits Hanvey to amend her complaint and file a motion under Rule 15(c)(1)(C);

**WHEREAS**, Hanvey intends to file an amended complaint naming all current Defendants on Monday, May 3, 2021;

**WHEREAS**, Hanvey and CEPMG PC are engaged in settlement discussions but require additional time to negotiate terms and coordinate with government entities; and,

**WHEREAS**, the parties believe it is efficient neither to burden the Court with, nor for the parties incur the expense of, unnecessary motion practice.

**NOW, HEREBY, THE PARTIES STIPULATE AND JOINTLY REQUEST** that, pursuant to Civil Local Rule 7-11, the Court permit the following extensions:

1. Hanvey shall have an additional 30 days (until June 2, 2021) to file her motion under Rule 15(c)(1)(C); and

2. Defendant CEPMG PC's time to respond to the May 3, 2021 amended complaint is extended to June 23, 2021.

Dated: May 3, 2021                                       Respectfully Submitted,


By: */s/ Sean P. Rodriguez*
    Sean P. Rodriguez

BOIES SCHILLER FLEXNER LLP
George F. Carpinello (Admitted *Pro Hac Vice*)
gcarpinello@bsfllp.com
30 S. Pearl St. 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

Sean P. Rodriguez (SBN 262437)
srodriguez@bsfllp.com
Alexander J. Konik (SBN 299291)
akonik@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

WILBANKS & GOUINLOCK, LLP
Marlan B. Wilbanks (Admitted *Pro Hac Vice*)
mbw@wilbanksgouinlock.com
Susan S. Gouinlock (Admitted *Pro Hac Vice*)
ssg@wilbanksgouinlock.com
3490 Piedmont Road, NE, Suite 1010
Atlanta, Georgia 30305
Telephone: (404) 842-1075
Facsimile: (404) 842-0559

WITHROW, MCQUADE & OLSEN, LLP
Scott C. Withrow (Admitted *Pro Hac Vice*)
swithrow@wmolaw.com
3379 Peachtree Road, NE, Suite 970
Atlanta, Georgia 30326
Telephone: (404) 814-0200
Facsimile: (404) 814-0009

HIRST LAW GROUP, P.C.
Michael A. Hirst, Esq. (SBN 131034)
michael.hirst@hirstlawgroup.com
Marisela Bernal, Esq. (SBN 329589)
marisela.bernal@hirstlawgroup.com
200 B Street, Suite A
Davis, CA 95616

Telephone: (530) 756-7700
Facsimile: (530) 756-7707

*Attorneys for Qui Tam Plaintiff/Relator*
Laurie M. Hanvey

Dated: May 3, 2021                                     THE NORTON LAW FIRM PC

By: */s/ Matthew W. Turetzky*
Matthew W. Turetzky (CA Bar # 280997)
299 Third Street, Suite 106
Oakland, CA 94612
T: 510-906-4905
F: 510-906-4910
MTuretzky@nortonlaw.com

NICHOLS LIU LLP

Robert T. Rhoad (admitted *pro hac vice*)
700 6th St. NW, Ste. 430
Washington, DC 20001
Telephone: (202) 846-9807
Fax: (202) 379-9150
rrhoad@nicholsliu.com

*Attorneys for CEPMG PC*

Attestation: I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: May 3, 2021                                     */s/ Sean P. Rodriguez*
                                                                    Sean P. Rodriguez

3
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN DEADLINES
IN LIGHT OF ONGOING SETTLEMENT EFFORTS
CASE NO. 14-cv-04100-KAW

## [PROPOSED] ORDER

PURSUANT TO STIPULATION,

1. Hanvey shall have an additional 30 days (until June 2, 2021) to file her motion under Rule 15(c)(1)(C); and

2. Defendant CEPMG PC's time to respond to the May 3, 2021 amended complaint is extended to June 23, 2021.

**IT IS SO ORDERED**.

Dated: May 10, 2021

_____
Hon. Kandis Westmore, United States Magistrate Judge