LATHAM & WATKINS LLP
Katherine A. Lauer (Bar No. 138010)
   *katherine.lauer@lw.com*
Jason M. Ohta (Bar No. 211107)
   *jason.ohta@lw.com*
Amy E. Hargreaves (Bar No. 266255)
   *amy.hargreaves@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

*Attorneys for Defendants Sutter Valley Hospitals, Sutter Valley Medical Foundation, and Sutter Bay Hospitals*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* LAURIE M. HANVEY,<br><br>    Plaintiff,<br><br>v.<br><br>SUTTER HEALTH, *et al.*,<br><br>    Defendants. | Case No. 4:14-cv-04100-KAW<br><br>**JOINT STIPULATION TO FILE RESPONSE TO THIRD AMENDED COMPLAINT**<br><br>Ctrm: 4<br>Judge: Hon. Kandis A. Westmore |

1  Plaintiff Laurie M. Hanvey ("Plaintiff") and Defendants Sutter Valley Hospitals, Sutter
2  Valley Medical Foundation, Sutter Bay Hospitals, and Sutter Medical Group (collectively, the
3  "Stipulating Defendants"), by and through their undersigned counsel, respectfully submit this Joint
4  Stipulation setting the deadline for Defendants to respond to any Third Amended Complaint
5  pursuant to Local Rule 6-1(a).

6  **WHEREAS**, the Court issued a ruling on November 2, 2021 Granting in Part and Denying
7  in Part Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint;

8  **WHEREAS**, the Court issued an order on November 8, 2021 setting the deadline for
9  Plaintiff to file a Third Amended Complaint no later than December 8, 2021;

10  **WHEREAS**, the Plaintiff and the Stipulating Defendants (together, the "Parties") have
11  met and conferred concerning the Stipulating Defendants' time to respond to the Third Amended
12  Complaint.

13  **NOW, HEREBY, THE PARTIES STIPULATE AND AGREE** that the Stipulating
14  Defendants should have up to and including January 7, 2022 to file their responsive pleading(s) to
15  Plaintiff's Third Amended Complaint.  In the event a Stipulating Defendant responds by a motion
16  under Rule 12, the Parties further agree that the deadline for Plaintiff to oppose such motion(s)
17  should be February 7, 2022.  The Parties agree that the deadline for any reply to said opposition
18  should be February 28, 2022.  The Parties further agree that the Stipulating Defendants' answers,
19  including Stipulating Defendants' answers to claims the Court has previously held pass the
20  pleading stage, should be governed by the deadlines of Rule 12(a)(4).

21  **IT IS SO STIPULATED AND AGREED.**

22  DATED: November 12, 2021           Respectfully submitted,

23                                     LATHAM & WATKINS LLP

24

25                                     By: /s/  Jason M. Ohta
                                           Jason M. Ohta (CA Bar No. 211107)

26
                                       Attorneys for Defendants Sutter Valley
27                                     Hospitals, and Sutter Valley Medical
                                       Foundation, Sutter Bay Hospitals
28

| | | |
|---|---|---|
| 1 | DATED: November 12, 2021 | DILLINGHAM & MURPHY, LLP |
| 2 | | |
| 3 | | By: /s/ Bernice K. Wu |
| | | Bernice K. Wu (CA Bar # 329661) |
| 4 | | 601 Montgomery Street, Suite 1900 |
| | | San Francisco, CA 94111 |
| 5 | | 415-397-2700 |
| | | bkw@dillinghammurphy.com |
| 6 | | |
| 7 | | Attorneys for Defendant Sutter Medical Group |
| 8 | DATED: November 12, 2021 | BOIES SCHILLER FLEXNER LLP |
| 9 | | |
| | | By: /s/ Sean P. Rodriguez |
| 10 | | George F. Carpinello (Admitted Pro Hac Vice) |
| 11 | | gcarpinello@bsfllp.com |
| | | 30 S. Pearl St. 11th Floor |
| 12 | | Albany, NY 12207 |
| | | Telephone: (518) 434-0600 |
| 13 | | Facsimile: (518) 434-0665 |
| 14 | | |
| | | Sean P. Rodriguez (CA Bar # 262437) |
| 15 | | 44 Montgomery Street, 41st Floor |
| | | San Francisco, CA 94104 |
| 16 | | Telephone: (415) 293-6800 |
| | | Facsimile: (415) 293-6899 |
| 17 | | srodriguez@bsfllp.com |
| 18 | | Attorneys for Plaintiff Laurie M. Hanvey |
| 19 | | |

20  Attestation: I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

21

22  Dated: November 12, 2021 ___        /s/ Jason M. Ohta
                                        Jason M. Ohta