# Exhibit 30
## to
## Third Amended Complaint

*U.S. ex rel. Hanvey v. Sutter Health, et al.*

**SUTTER EAST BAY HOSPITALS**
**dba ALTA BATES SUMMIT MEDICAL CENTER**
**EAST BAY CARDIAC SURGERY CENTER MEDICAL GROUP**

*PROMISSORY NOTE*

Date: April 7, 2014

**FOR VALUE RECEIVED**, the undersigned, East Bay Cardiac Surgery Center Medical Group, a California general partnership ("Debtor") promises to pay to the order of Sutter East Bay Hospitals, a California nonprofit public benefit corporation, doing business as Alta Bates Summit Medical Center ("Hospital"), or to such other party at such other place as Hospital may from time to time designate in writing, in lawful money of the United States, the amounts of principal and accrued interest under the terms set forth below. Capitalized terms used in this Promissory Note ("Note") and not otherwise defined, shall have the meaning provided in the Administrative, Coverage, Data Collection and Indigent Care Services Agreement entered into by Hospital and Debtor effective as of February 4, 2011 (the "Agreement").

A.  Pursuant to the Agreement, Debtor provides Physicians and non-physician personnel to provide Data Collection Services. Section 3.1(c)(1) (Compensation for Data Collection Services) of the Agreement provides that, if the Data Collection Case Number Reports for the third year of the Agreement (February 4, 2013 – February 3, 2014) show that Data Collection Services were performed on less than three hundred (300) patient cases for that third year of the Agreement, Debtor shall repay to Hospital Eight Hundred Forty-Five Dollars ($845) per each patient case below three hundred (300) within thirty (30) days of notification by Hospital.

B.  Hospital and Debtor entered into an Administrative, Coverage, Data Collection and Indigent Care Services Agreement, effective as of February 1, 2014 ("Renewal"), which supersedes the Agreement. Therefore, the third year of the Agreement consists of the period February 4, 2013 – January 31, 2014.

C.  Debtor completed two hundred eighty (280) cases in the third year of the Agreement. The number of patient cases less than three hundred (300) is twenty (20), yielding a repayment amount from Debtor to Hospital of Sixteen Thousand Nine Hundred Dollars ($16,900) ("Principal").

D.  Hospital hereby waives its right to collect payment within thirty (30) days of notification to Debtor. Instead, Hospital and Debtor agree to the repayment plan detailed below. By waiving its right to collect payment within thirty (30) days of notification to Debtor, Hospital does not waive any other provision of the Agreement or any provisions in the Renewal.

E.  Debtor shall repay to Hospital the Principal and accrued interest in equal installments over the course of four (4) months from the Date of this Note (the "Repayment Period"). Interest shall accrue during the Repayment Period at a per annum rate equal to the prime rate reported in *The Wall Street Journal* on the date of this Note, plus two (2) percentage points, but in no event in excess of the maximum rate of interest Hospital is permitted to charge from time to time under applicable law. If a range of prime rates is reported, the highest rate shall apply. It is the intent of the parties at all times to comply with applicable usury laws. If any applicable law is interpreted so as to render any amount received by Hospital hereunder as usurious, then all excess amounts theretofore collected by Hospital shall be credited against the principal balance of the outstanding Principal (or, if the Principal has been or would be repaid in

{00489554 v.3}NNS                                                                                                   4/2/14

full, refunded to Debtor), and the provisions of this Note shall be immediately reformed and the amounts thereafter collectible hereunder reduced, without the execution of any other documents, instruments or agreements, so as to comply with applicable law, but so as to permit the recovery by Hospital of the fullest amount otherwise called for hereunder.

F.  Any payments shall be applied first toward accrued and unpaid interest due, and second, shall be applied to reduce principal.

G.  All or any portion of the principal and interest due under this Note may be prepaid by Debtor without penalty prior to the dates on which payments are due.

H.  If Debtor is in default under this Note, all principal and accrued interest shall be immediately due and payable.

I.  Debtor waives any right to be released by reason of any extension of time or change in terms of payment. Demand, presentation, protest, notice of dishonor, and notices of default are also waived by Debtor.

J.  This Note is governed by the internal laws of the State of California.

**Hospital:**

Sutter East Bay Hospitals dba Alta Bates Summit Medical Center

By:

Name: Charles J. Prosper,
Title: Chief Executive Officer

**Debtor:**

East Bay Cardiac Surgery Center Medical Group

By:

Name:
Title:

{00489554 v.3}

full, refunded to Debtor), and the provisions of this Note shall be immediately reformed and the amounts thereafter collectible hereunder reduced, without the execution of any other documents, instruments or agreements, so as to comply with applicable law, but so as to permit the recovery by Hospital of the fullest amount otherwise called for hereunder.

      F.    Any payments shall be applied first toward accrued and unpaid interest due, and second, shall be applied to reduce principal.

      G.    All or any portion of the principal and interest due under this Note may be prepaid by Debtor without penalty prior to the dates on which payments are due.

      H.    If Debtor is in default under this Note, all principal and accrued interest shall be immediately due and payable.

      I.    Debtor waives any right to be released by reason of any extension of time or change in terms of payment. Demand, presentation, protest, notice of dishonor, and notices of default are also waived by Debtor.

      J.    This Note is governed by the internal laws of the State of California.

| Hospital: | Debtor: |
|---|---|
| Sutter East Bay Hospitals dba Alta Bates Summit Medical Center | East Bay Cardiac Surgery Center Medical Group |
| By: | By: *[signature]* |
| Name: Charles J. Prosper, Title: Chief Executive Officer | Name: Junaid Khan, M.D. Title: Cardiac Surgeon |

{00489554 v.3}