1    LATHAM & WATKINS LLP
       Katherine A. Lauer (Bar No. 138010)
2        *katherine.lauer@lw.com*
       Jason M. Ohta (Bar No. 211107)
3        *jason.ohta@lw.com*
       Amy E. Hargreaves (Bar No. 266255)
4        *amy.hargreaves@lw.com*
       12670 High Bluff Drive
5      San Diego, CA 92130
       Telephone: (858) 523-5400
6      Facsimile: (858) 523-5450

7    *Attorneys for Sutter Defendants*

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12

13   UNITED STATES OF AMERICA and the          Case No. 4:14-cv-04100-KAW
     STATE OF CALIFORNIA *ex rel.* LAURIE
14   M. HANVEY,                                 **DEFENDANT SUTTER BAY
                                                HOSPITALS' ANSWER TO
15              Plaintiff,                       RELATOR'S THIRD AMENDED
                                                COMPLAINT**
16         v.
                                                Ctrm: 4
17   SUTTER HEALTH, *et al.*,                   Judge: Hon. Kandis A. Westmore

18              Defendants.

19

20

21

22

23

24

25

26

27

28

1   Defendant Sutter Bay Hospitals, by and through its counsel, hereby answers and states its

2   defenses and affirmative defenses to the Third Amended Complaint, filed December 8, 2021, by

3   Relator Laurie Hanvey ("Relator").

4   Sutter Bay Hospitals generally alleges that it has at all times acted lawfully, in

5   compliance with all applicable requirements of law, including, without limitation, the Anti-

6   Kickback Statute, 42 U.S.C. §§ 1320a-7b(b) ("AKS"), the Stark Law, 42 U.S.C. § 1395nn, Cal.

7   Bus. & Prof. Code §§ 650 and 650.1, Cal. Welf. & Inst. Code § 14107.2, the False Claims Act,

8   31 U.S.C. §§ 3729-32 ("FCA"), and the California False Claims Act, Gov't Code §§ 12650 *et*

9   *seq.* Sutter Bay Hospitals contends that it has never knowingly presented or caused to be

10   presented any false claim or payment; made a false statement or record to cause a false claim to

11   be paid or approved; knowingly concealed, avoided, or decreased an obligation to pay or

12   transmit money; or engaged in a conspiracy to get false and fraudulent claims allowed and paid,

13   and that it is not therefore liable to Relator, or any other person or entity in connection with the

14   facts and causes of action asserted in the Third Amended Complaint. Except as expressly

15   admitted herein, all allegations in the Third Amended Complaint are denied. Sutter Bay

16   Hospitals states as follows:

17   **I.   NATURE OF ACTION AND SUMMARY OF FRAUD**[1]

18   **PARAGRAPH 1:** Defendant SUTTER BAY HOSPITALS admits that Relator

19   purports to bring this action on behalf of the United States and the State of California to recover

20   treble damages and civil monetary penalties under the FCA and CFCA. Defendant SUTTER

21   BAY HOSPITALS denies each and every remaining allegation contained in Paragraph 1 of the

22   Third Amended Complaint.

23   **PARAGRAPH 2:** Defendant SUTTER BAY HOSPITALS denies each and

24   every allegation contained in Paragraph 2 of the Third Amended Complaint.

25   **PARAGRAPH 3:** Defendant SUTTER BAY HOSPITALS admits that United

26   States and Relator entered into a partial settlement agreement with Sac Cardio on December 23,

27

28

---

[1] Defendant has taken the Third Amended Complaint's headings verbatim and only repeats them here for reference. Defendant denies the Relator's characterization of each heading contained in the Third Amended Complaint.

2019 and that Sac Cardio was dismissed from this case on June 3, 2020.  Defendant SUTTER BAY HOSPITALS denies each and every remaining allegation contained in Paragraph 3 of the Third Amended Complaint.

**PARAGRAPH 4:**  The allegations contained in Paragraph 4 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 4 of the Third Amended Complaint.

**PARAGRAPH 5:**  Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 5 of the Third Amended Complaint.

**PARAGRAPH 6:**  Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 6 of the Third Amended Complaint.

**PARAGRAPH 7:**  The allegations contained in Paragraph 7 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 7 of the Third Amended Complaint.

**PARAGRAPH 8:**  Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 8 of the Third Amended Complaint.

## II.    JURISDICTION AND VENUE

**PARAGRAPH 9:**  Defendant SUTTER BAY HOSPITALS admits that this Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1345, 1367(a) and 3732.  Defendant SUTTER BAY HOSPITALS admits that this court has jurisdiction over this qui tam action pursuant to 31 U.S.C. § 3730(b).  The remainder of the allegations contained in Paragraph 9 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the extent that a response is deemed to be required,

Defendant SUTTER BAY HOSPITALS denies each and every remaining allegation contained in Paragraph 9 of the Third Amended Complaint.

**PARAGRAPH 10:**  Defendant SUTTER BAY HOSPITALS admits that this Court may exercise personal jurisdiction over it because it resides or transacts business in the Northern District of California.

**PARAGRAPH 11:**  Defendant SUTTER BAY HOSPITALS admits that venue is proper in the Northern District of California because Defendant SUTTER BAY HOSPITALS can be found in, resides in, or transacts business in this judicial district.

**PARAGRAPH 12:**  Defendant SUTTER BAY HOSPITALS is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 12 of the Third Amended Complaint and on that basis Defendant SUTTER BAY HOSPITALS denies said allegations.

**III.    INTRADISTRICT ASSIGNMENT**

**PARAGRAPH 13:**  Defendant SUTTER BAY HOSPITALS admits that assignment to the San Francisco Division or the Oakland Division is proper under Civil Local Rule 3-2(d).

**IV.    THE PARTIES**

**PARAGRAPH 14:**  Paragraph 14 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 14 of the Third Amended Complaint.

**PARAGRAPH 15:**  Paragraph 15 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 15 of the Third Amended Complaint.

**PARAGRAPH 16:**  Paragraph 16 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

1  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

2  each and every allegation contained in Paragraph 16 of the Third Amended Complaint.

3        **PARAGRAPH 17:**  Paragraph 17 of the Third Amended Complaint does not

4  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

5  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

6  each and every remaining allegation contained in Paragraph 17 of the Third Amended

7  Complaint.

8        **PARAGRAPH 18:**  Defendant SUTTER BAY HOSPITALS admits that

9  Defendant SUTTER BAY HOSPITALS is a California non-profit public benefit corporation

10  located in Emeryville, California, with locations named Alta Bates Summit Medical Center,

11  Sutter Delta Medical Center, and Eden Medical Center.  The allegation that Defendant SUTTER

12  BAY HOSPITALS "is controlled by" Defendant SUTTER HEALTH states a legal conclusion to

13  which no response is required.  Defendant SUTTER BAY HOSPITALS denies each and every

14  remaining allegation contained in Paragraph 18 of the Third Amended Complaint.

15        **PARAGRAPH 19:**  Paragraph 19 of the Third Amended Complaint does not

16  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

17  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

18  each and every allegation contained in Paragraph 19 of the Third Amended Complaint.

19        **PARAGRAPH 20:**  Paragraph 20 of the Third Amended Complaint does not

20  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

21  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

22  each and every allegation contained in Paragraph 20 of the Third Amended Complaint.

23        **PARAGRAPH 21:**  Paragraph 21 of the Third Amended Complaint does not

24  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

25  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

26  each and every allegation contained in Paragraph 21 of the Third Amended Complaint.

27        **PARAGRAPH 22:**  Paragraph 22 of the Third Amended Complaint does not

28  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

1    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

2    each and every allegation contained in Paragraph 22 of the Third Amended Complaint.

3         **PARAGRAPH 23:**  Paragraph 23 of the Third Amended Complaint does not

4    apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

5    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

6    each and every allegation contained in Paragraph 23 of the Third Amended Complaint.

7    **V.    THE FALSE CLAIMS ACT AND THE CALIFORNIA FALSE CLAIMS ACT**

8         **PARAGRAPH 24:**  The allegations contained in Paragraph 24 of the Third

9    Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

10   legal arguments or legal conclusions about the same, to which no response is required.  To the

11   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

12   each and every allegation contained in Paragraph 24 of the Third Amended Complaint.

13        **PARAGRAPH 25:**  The allegations contained in Paragraph 25 of the Third

14   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

15   legal arguments or legal conclusions about the same, to which no response is required.  To the

16   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

17   each and every allegation contained in Paragraph 25 of the Third Amended Complaint.

18        **PARAGRAPH 26:**  The allegations contained in Paragraph 26 of the Third

19   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

20   legal arguments or legal conclusions about the same, to which no response is required.  To the

21   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

22   each and every allegation contained in Paragraph 26 of the Third Amended Complaint.

23        **PARAGRAPH 27:**  The allegations contained in Paragraph 27 of the Third

24   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

25   legal arguments or legal conclusions about the same, to which no response is required.  To the

26   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

27   each and every allegation contained in Paragraph 27 of the Third Amended Complaint.

28

1  **VI.     THE MEDICARE PROGRAM**

2              **PARAGRAPH 28**:  The allegations contained in Paragraph 28 of the Third

3  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

4  legal arguments or legal conclusions about the same, to which no response is required.  To the

5  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

6  each and every allegation contained in Paragraph 28 of the Third Amended Complaint.

7              **PARAGRAPH 29**:  The allegations contained in Paragraph 29 of the Third

8  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

9  legal arguments or legal conclusions about the same, to which no response is required.  To the

10  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

11  each and every allegation contained in Paragraph 29 of the Third Amended Complaint.

12              **PARAGRAPH 30**:  The allegations contained in Paragraph 30 of the Third

13  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

14  legal arguments or legal conclusions about the same, to which no response is required.  To the

15  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

16  each and every allegation contained in Paragraph 30 of the Third Amended Complaint.

17              **PARAGRAPH 31**:  The allegations contained in Paragraph 31 of the Third

18  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

19  legal arguments or legal conclusions about the same, to which no response is required.  To the

20  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

21  each and every allegation contained in Paragraph 31 of the Third Amended Complaint.

22              **PARAGRAPH 32**:  The allegations contained in Paragraph 32 of the Third

23  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

24  legal arguments or legal conclusions about the same, to which no response is required.  To the

25  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

26  each and every allegation contained in Paragraph 32 of the Third Amended Complaint.

27              **PARAGRAPH 33**:  Paragraph 33 contains no allegations with respect to a

28  particular Defendant or claim, and therefore no response is required.  To the extent that a

1   response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and

2   every allegation contained in Paragraph 33 of the Third Amended Complaint.

3   **PARAGRAPH 34:**  The allegations contained in Paragraph 34 of the Third

4   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

5   legal arguments or legal conclusions about the same, to which no response is required.  To the

6   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

7   each and every allegation contained in Paragraph 34 of the Third Amended Complaint.

8   **PARAGRAPH 35:**  The allegations contained in Paragraph 35 of the Third

9   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

10   legal arguments or legal conclusions about the same, to which no response is required.  To the

11   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

12   each and every allegation contained in Paragraph 35 of the Third Amended Complaint.

13   **PARAGRAPH 36:**  The allegations contained in Paragraph 36 of the Third

14   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

15   legal arguments or legal conclusions about the same, to which no response is required.  To the

16   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

17   each and every allegation contained in Paragraph 36 of the Third Amended Complaint.

18   **PARAGRAPH 37:**  The allegations contained in Paragraph 37 of the Third

19   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

20   legal arguments or legal conclusions about the same, to which no response is required.  To the

21   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

22   each and every allegation contained in Paragraph 37 of the Third Amended Complaint.

23   **PARAGRAPH 38:**  Defendant SUTTER BAY HOSPITALS admits that

24   Defendants SUTTER VALLEY HOSPITALS and SUTTER BAY HOSPITALS were enrolled in

25   certain Government Health Care Programs and submitted or caused to be submitted electronic

26   claims to Government Payers.  Defendant SUTTER BAY HOSPITALS denies each and every

27   remaining allegation contained in Paragraph 38 of the Third Amended Complaint.

28

1   **PARAGRAPH 39:**  The allegations contained in Paragraph 39 of the Third

2   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

3   legal arguments or legal conclusions about the same, to which no response is required.  To the

4   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

5   each and every allegation contained in Paragraph 39 of the Third Amended Complaint.

6   **PARAGRAPH 40:**  The allegations contained in Paragraph 40 of the Third

7   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

8   legal arguments or legal conclusions about the same, to which no response is required.  To the

9   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

10   each and every allegation contained in Paragraph 40 of the Third Amended Complaint.

11   **PARAGRAPH 41:**  The allegations contained in Paragraph 41 of the Third

12   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

13   legal arguments or legal conclusions about the same, to which no response is required.  To the

14   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

15   each and every allegation contained in Paragraph 41 of the Third Amended Complaint.

16   **PARAGRAPH 42:**  The allegations contained in Paragraph 42 of the Third

17   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

18   legal arguments or legal conclusions about the same, to which no response is required.  To the

19   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

20   each and every allegation contained in Paragraph 42 of the Third Amended Complaint.

21   **PARAGRAPH 43:**  The allegations contained in Paragraph 43 of the Third

22   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

23   legal arguments or legal conclusions about the same, to which no response is required.  To the

24   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

25   each and every allegation contained in Paragraph 43 of the Third Amended Complaint.

26   **PARAGRAPH 44:**  The allegations contained in Paragraph 44 of the Third

27   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

28   legal arguments or legal conclusions about the same, to which no response is required.  To the

1  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

2  each and every allegation contained in Paragraph 44 of the Third Amended Complaint.

3       **PARAGRAPH 45:**  The allegations contained in Paragraph 45 of the Third

4  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

5  legal arguments or legal conclusions about the same, to which no response is required.  To the

6  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

7  each and every allegation contained in Paragraph 45 of the Third Amended Complaint.

8       **PARAGRAPH 46:**  The allegations contained in Paragraph 46 of the Third

9  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

10  legal arguments or legal conclusions about the same, to which no response is required.  To the

11  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

12  each and every allegation contained in Paragraph 46 of the Third Amended Complaint.

13       **PARAGRAPH 47:**  The allegations contained in Paragraph 47 of the Third

14  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

15  legal arguments or legal conclusions about the same, to which no response is required.  To the

16  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

17  each and every allegation contained in Paragraph 47 of the Third Amended Complaint.

18       **PARAGRAPH 48:**  Defendant SUTTER BAY HOSPITALS denies each and

19  every allegation contained in Paragraph 48 of the Third Amended Complaint.

20       **PARAGRAPH 49:**  The allegations contained in Paragraph 49 of the Third

21  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

22  legal arguments or legal conclusions about the same, to which no response is required.  To the

23  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

24  each and every allegation contained in Paragraph 49 of the Third Amended Complaint.

25       **PARAGRAPH 50:**  The allegations contained in Paragraph 50 of the Third

26  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

27  legal arguments or legal conclusions about the same, to which no response is required.  To the

28

1    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

2    each and every allegation contained in Paragraph 50 of the Third Amended Complaint.

3       **PARAGRAPH 51:**  The allegations contained in Paragraph 51 of the Third

4    Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

5    legal arguments or legal conclusions about the same, to which no response is required.  To the

6    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

7    each and every allegation contained in Paragraph 51 of the Third Amended Complaint.

8       **PARAGRAPH 52:**  Paragraph 52 does not apply to Defendant SUTTER BAY

9    HOSPITALS and therefore no response is required.  To the extent that a response is deemed to

10   be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained

11   in Paragraph 52 of the Third Amended Complaint.

12      **PARAGRAPH 53:**  The allegations contained in Paragraph 53 of the Third

13   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

14   legal arguments or legal conclusions about the same, to which no response is required.  To the

15   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

16   each and every allegation contained in Paragraph 53 of the Third Amended Complaint.

17      **PARAGRAPH 54:**  The allegations contained in Paragraph 54 of the Third

18   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

19   legal arguments or legal conclusions about the same, to which no response is required.  To the

20   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

21   each and every allegation contained in Paragraph 54 of the Third Amended Complaint.

22   **VII. THE MEDICAID PROGRAM**

23      **PARAGRAPH 55:**  The allegations contained in Paragraph 55 of the Third

24   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

25   legal arguments or legal conclusions about the same, to which no response is required.  To the

26   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

27   each and every allegation contained in Paragraph 55 of the Third Amended Complaint.

28

1     **PARAGRAPH 56:**  The allegations contained in Paragraph 56 of the Third
2 Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute
3 legal arguments or legal conclusions about the same, to which no response is required.  To the
4 extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies
5 each and every allegation contained in Paragraph 56 of the Third Amended Complaint.

6     **PARAGRAPH 57:**  The allegations contained in Paragraph 57 of the Third
7 Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute
8 legal arguments or legal conclusions about the same, to which no response is required.  To the
9 extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies
10 each and every allegation contained in Paragraph 57 of the Third Amended Complaint.

11     **PARAGRAPH 58:**  The allegations contained in Paragraph 58 of the Third
12 Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute
13 legal arguments or legal conclusions about the same, to which no response is required.  To the
14 extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies
15 each and every allegation contained in Paragraph 58 of the Third Amended Complaint.

16     **PARAGRAPH 59:**  The allegations contained in Paragraph 59 of the Third
17 Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute
18 legal arguments or legal conclusions about the same, to which no response is required.  To the
19 extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies
20 each and every allegation contained in Paragraph 59 of the Third Amended Complaint.

21     **PARAGRAPH 60:**  The allegations contained in Paragraph 60 of the Third
22 Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute
23 legal arguments or legal conclusions about the same, to which no response is required.  To the
24 extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies
25 each and every allegation contained in Paragraph 60 of the Third Amended Complaint.

26     **PARAGRAPH 61:**  The allegations contained in Paragraph 61 of the Third
27 Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute
28 legal arguments or legal conclusions about the same, to which no response is required.  To the

1  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

2  each and every allegation contained in Paragraph 61 of the Third Amended Complaint.

3  **PARAGRAPH 62:**  The allegations contained in Paragraph 62 of the Third

4  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

5  legal arguments or legal conclusions about the same, to which no response is required.  To the

6  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

7  each and every allegation contained in Paragraph 62 of the Third Amended Complaint.

8  **VIII.   TRICARE AND OTHER GOVERNMENT-FUNDED HEALTH CARE**

9  **PROGRAMS**

10  **PARAGRAPH 63:**  The allegations contained in Paragraph 63 of the Third

11  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

12  legal arguments or legal conclusions about the same, to which no response is required.  To the

13  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

14  each and every allegation contained in Paragraph 63 of the Third Amended Complaint.

15  **PARAGRAPH 64:**  The allegations contained in Paragraph 64 of the Third

16  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

17  legal arguments or legal conclusions about the same, to which no response is required.  To the

18  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

19  each and every allegation contained in Paragraph 64 of the Third Amended Complaint.

20  **PARAGRAPH 65:**  The allegations contained in Paragraph 65 of the Third

21  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

22  legal arguments or legal conclusions about the same, to which no response is required.  To the

23  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

24  each and every allegation contained in Paragraph 65 of the Third Amended Complaint.

25  **PARAGRAPH 66:**  The allegations contained in Paragraph 66 of the Third

26  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

27  legal arguments or legal conclusions about the same, to which no response is required.  To the

28

1   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

2   each and every allegation contained in Paragraph 66 of the Third Amended Complaint.

3        **PARAGRAPH 67:**  The allegations contained in Paragraph 67 of the Third

4   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

5   legal arguments or legal conclusions about the same, to which no response is required.  To the

6   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

7   each and every allegation contained in Paragraph 67 of the Third Amended Complaint.

8        **PARAGRAPH 68:**  The allegations contained in Paragraph 68 of the Third

9   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

10   legal arguments or legal conclusions about the same, to which no response is required.  To the

11   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

12   each and every allegation contained in Paragraph 68 of the Third Amended Complaint.

13        **PARAGRAPH 69:**  The allegations contained in Paragraph 69 of the Third

14   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

15   legal arguments or legal conclusions about the same, to which no response is required.  To the

16   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

17   each and every allegation contained in Paragraph 69 of the Third Amended Complaint.

18   **IX.    THE STARK LAW**

19        **PARAGRAPH 70:**  The allegations contained in Paragraph 70 of the Third

20   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

21   legal arguments or legal conclusions about the same, to which no response is required.  To the

22   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

23   each and every allegation contained in Paragraph 70 of the Third Amended Complaint.

24        **PARAGRAPH 71:**  The allegations contained in Paragraph 71 of the Third

25   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

26   legal arguments or legal conclusions about the same, to which no response is required.  To the

27   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

28   each and every allegation contained in Paragraph 71 of the Third Amended Complaint.

**PARAGRAPH 72:**  The allegations contained in Paragraph 72 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 72 of the Third Amended Complaint.

**PARAGRAPH 73:**  The allegations contained in Paragraph 73 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 73 of the Third Amended Complaint.

**PARAGRAPH 74:**  The allegations contained in Paragraph 74 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 74 of the Third Amended Complaint.

**PARAGRAPH 75:**  The allegations contained in Paragraph 75 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 75 of the Third Amended Complaint.

**PARAGRAPH 76:**  The allegations contained in Paragraph 76 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 76 of the Third Amended Complaint.

**PARAGRAPH 77:**  The allegations contained in Paragraph 77 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.

1    Defendant SUTTER BAY HOSPITALS denies each and every remaining allegation contained in

2    Paragraph 77 of the Third Amended Complaint.

3          **PARAGRAPH 78:**  The allegations contained in Paragraph 78 of the Third

4    Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

5    legal arguments or legal conclusions about the same, to which no response is required.  To the

6    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

7    each and every allegation contained in Paragraph 78 of the Third Amended Complaint.

8          **PARAGRAPH 79:**  The allegations contained in Paragraph 79 of the Third

9    Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

10   legal arguments or legal conclusions about the same, to which no response is required.  To the

11   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

12   each and every allegation contained in Paragraph 79 of the Third Amended Complaint.

13         **PARAGRAPH 80:**  The allegations contained in Paragraph 80 of the Third

14   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

15   legal arguments or legal conclusions about the same, to which no response is required.  To the

16   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

17   each and every allegation contained in Paragraph 80 of the Third Amended Complaint.

18         **A.      Stark Law Exceptions**

19         **PARAGRAPH 81:**  The allegations contained in Paragraph 81 of the Third

20   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

21   legal arguments or legal conclusions about the same, to which no response is required.  To the

22   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

23   each and every allegation contained in Paragraph 81 of the Third Amended Complaint.

24         **PARAGRAPH 82:**  The allegations contained in Paragraph 82 of the Third

25   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

26   legal arguments or legal conclusions about the same, to which no response is required.  To the

27   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

28   each and every allegation contained in Paragraph 82 of the Third Amended Complaint.

1     **PARAGRAPH 83:**  The allegations contained in Paragraph 83 of the Third

2     Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

3     legal arguments or legal conclusions about the same, to which no response is required.  To the

4     extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

5     each and every allegation contained in Paragraph 83 of the Third Amended Complaint.

6     **PARAGRAPH 84:**  The allegations contained in Paragraph 84 of the Third

7     Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

8     legal arguments or legal conclusions about the same, to which no response is required.  To the

9     extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

10    each and every allegation contained in Paragraph 84 of the Third Amended Complaint.

11    **PARAGRAPH 85:**  The allegations contained in Paragraph 85 of the Third

12    Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

13    legal arguments or legal conclusions about the same, to which no response is required.  To the

14    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

15    each and every allegation contained in Paragraph 85 of the Third Amended Complaint.

16    **PARAGRAPH 86:**  The allegations contained in Paragraph 86 of the Third

17    Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

18    legal arguments or legal conclusions about the same, to which no response is required.  To the

19    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

20    each and every allegation contained in Paragraph 86 of the Third Amended Complaint.

21    **PARAGRAPH 87:**  The allegations contained in Paragraph 87 of the Third

22    Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

23    legal arguments or legal conclusions about the same, to which no response is required.  To the

24    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

25    each and every allegation contained in Paragraph 87 of the Third Amended Complaint.

26    **PARAGRAPH 88:**  The allegations contained in Paragraph 88 of the Third

27    Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

28    legal arguments or legal conclusions about the same, to which no response is required.  To the

1    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

2    each and every allegation contained in Paragraph 88 of the Third Amended Complaint.

3    **X.      FEDERAL ANTI-KICKBACK STATUTE**

4        **PARAGRAPH 89:**  The allegations contained in Paragraph 89 of the Third

5    Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

6    legal arguments or legal conclusions about the same, to which no response is required.  To the

7    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

8    each and every allegation contained in Paragraph 89 of the Third Amended Complaint.

9        **PARAGRAPH 90:**  The allegations contained in Paragraph 90 of the Third

10   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

11   legal arguments or legal conclusions about the same, to which no response is required.  To the

12   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

13   each and every allegation contained in Paragraph 90 of the Third Amended Complaint.

14       **PARAGRAPH 91:**  The allegations contained in Paragraph 91 of the Third

15   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

16   legal arguments or legal conclusions about the same, to which no response is required.  To the

17   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

18   each and every allegation contained in Paragraph 91 of the Third Amended Complaint.

19       **PARAGRAPH 92:**  The allegations contained in Paragraph 92 of the Third

20   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

21   legal arguments or legal conclusions about the same, to which no response is required.  To the

22   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

23   each and every allegation contained in Paragraph 92 of the Third Amended Complaint.

24       **PARAGRAPH 93:**  The allegations contained in Paragraph 93 of the Third

25   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

26   legal arguments or legal conclusions about the same, to which no response is required.  To the

27   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

28   each and every allegation contained in Paragraph 93 of the Third Amended Complaint.

**PARAGRAPH 94:**  The allegations contained in Paragraph 94 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 94 of the Third Amended Complaint.

**PARAGRAPH 95:**  The allegations contained in Paragraph 95 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 95 of the Third Amended Complaint.

**PARAGRAPH 96:**  The allegations contained in Paragraph 96 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 96 of the Third Amended Complaint.

## XI.   SUTTER HEALTH'S CONTROL OF THE OTHER SUTTER ENTITIES

**PARAGRAPH 97:**  Defendant SUTTER BAY HOSPITALS admits that Relator was employed by Sutter Valley Hospitals as a Compliance Officer at Sutter Medical Center. Defendant SUTTER BAY HOSPITALS denies each and every remaining allegation contained in Paragraph 97 of the Third Amended Complaint.

**PARAGRAPH 98:**  Defendant SUTTER BAY HOSPITALS admits that from 2010-2014 Patrick Fry was a member of the Board of Trustees of Sutter Bay Hospitals f/k/a Sutter East Bay Hospitals.  Defendant SUTTER BAY HOSPITALS denies each and every remaining allegation contained in Paragraph 98 of the Third Amended Complaint.

**PARAGRAPH 99:**  The allegations contained in Paragraph 99 of the Third Amended Complaint purport to paraphrase, state, or interpret documents that speak for themselves and do not require an answer.  To the extent that a response is deemed to be required,

1   Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph

2   99 of the Third Amended Complaint.

3       **PARAGRAPH 100:**  The allegations contained in Paragraph 100 of the Third

4   Amended Complaint purport to paraphrase, state, or interpret documents that speak for

5   themselves and do not require an answer.  To the extent that a response is deemed to be required,

6   Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph

7   100 of the Third Amended Complaint.

8       **PARAGRAPH 101:**  The allegations contained in Paragraph 101 of the Third

9   Amended Complaint purport to paraphrase, state, or interpret documents that speak for

10  themselves and do not require an answer.  To the extent that a response is deemed to be required,

11  Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph

12  101 of the Third Amended Complaint.

13      **PARAGRAPH 102:**  Paragraph 102 of the Third Amended Complaint does not

14  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

15  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

16  each and every allegation contained in Paragraph 102 of the Third Amended Complaint.

17      **PARAGRAPH 103:**  Paragraph 103 of the Third Amended Complaint does not

18  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

19  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

20  each and every allegation contained in Paragraph 103 of the Third Amended Complaint.

21      **PARAGRAPH 104:**  Paragraph 104 of the Third Amended Complaint does not

22  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

23  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

24  each and every allegation contained in Paragraph 104 of the Third Amended Complaint.

25      **PARAGRAPH 105:**  Defendant SUTTER BAY HOSPITALS denies each and

26  every allegation contained in Paragraph 105 of the Third Amended Complaint.

27      **PARAGRAPH 106:**  Defendant SUTTER BAY HOSPITALS denies each and

28  every allegation contained in Paragraph 106 of the Third Amended Complaint.

1    **PARAGRAPH 107**:  Defendant SUTTER BAY HOSPITALS denies each and

2    every allegation contained in Paragraph 107 of the Third Amended Complaint.

3    **PARAGRAPH 108**:  Paragraph 108 of the Third Amended Complaint does not

4    apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

5    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

6    each and every allegation contained in Paragraph 108 of the Third Amended Complaint.

7    **XII.    THE FRAUD SCHEME**

8        **A.    Sacramento Cardiovascular Surgeons Medical Group, Inc. ("SAC**

9            **CARDIO")**

10    **PARAGRAPH 109**:  The allegations contained in Paragraph 109 of the Third

11    Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

12    legal arguments or legal conclusions about the same, to which no response is required.  To the

13    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

14    each and every allegation contained in Paragraph 109 of the Third Amended Complaint.

15    **PARAGRAPH 110**:  Paragraph 110 of the Third Amended Complaint does not

16    apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

17    the allegations contained in Paragraph 110 of the Third Amended Complaint purport to

18    paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

19    To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

20    denies each and every allegation contained in Paragraph 110 of the Third Amended Complaint.

21    **PARAGRAPH 111**:  Paragraph 111 of the Third Amended Complaint does not

22    apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

23    the allegations contained in Paragraph 111 of the Third Amended Complaint purport to

24    paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

25    To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

26    denies each and every allegation contained in Paragraph 111 of the Third Amended Complaint.

27    **PARAGRAPH 112**:  Paragraph 112 of the Third Amended Complaint does not

28    apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

1   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

2   each and every allegation contained in Paragraph 112 of the Third Amended Complaint.

3   **PARAGRAPH 113:**  Paragraph 113 of the Third Amended Complaint contains

4   no allegations with respect to a particular Defendant or claim, and therefore no response is

5   required.  Further, the allegations contained in Paragraph 113 of the Third Amended Complaint

6   purport to paraphrase, state, or interpret documents that speak for themselves and do not require

7   an answer.  To the extent that a response is deemed to be required, Defendant SUTTER BAY

8   HOSPITALS denies each and every allegation contained in Paragraph 113 of the Third

9   Amended Complaint.

10   **PARAGRAPH 114:**  Paragraph 114 of the Third Amended Complaint does not

11   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

12   the allegations contained in Paragraph 114 of the Third Amended Complaint purport to

13   paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

14   To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

15   denies each and every allegation contained in Paragraph 114 of the Third Amended Complaint.

16   **PARAGRAPH 115:**  Paragraph 115 of the Third Amended Complaint does not

17   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

18   the allegations contained in Paragraph 115 of the Third Amended Complaint purport to

19   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

20   conclusions about the same, to which no response is required.  To the extent that a response is

21   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

22   contained in Paragraph 115 of the Third Amended Complaint.

23   **PARAGRAPH 116:**  Paragraph 116 of the Third Amended Complaint does not

24   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

25   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

26   each and every allegation contained in Paragraph 116 of the Third Amended Complaint.

27   **PARAGRAPH 117:**  Paragraph 117 of the Third Amended Complaint does not

28   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

the allegations contained in Paragraph 117 of the Third Amended Complaint purport to paraphrase, state, or interpret documents that speak for themselves and do not require an answer. To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 117 of the Third Amended Complaint.

**PARAGRAPH 118:**  Paragraph 118 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further, the allegations contained in Paragraph 118 of the Third Amended Complaint purport to paraphrase, state, or interpret documents that speak for themselves and do not require an answer. To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 118 of the Third Amended Complaint.

**PARAGRAPH 119:**  Paragraph 119 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further, the allegations contained in Paragraph 119 of the Third Amended Complaint purport to paraphrase, state, or interpret documents that speak for themselves and do not require an answer. To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 119 of the Third Amended Complaint.

**PARAGRAPH 120:**  Paragraph 120 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 120 of the Third Amended Complaint.

**PARAGRAPH 121:**  Paragraph 121 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further, the allegations contained in Paragraph 121 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 121 of the Third Amended Complaint.

**PARAGRAPH 122:**  Paragraph 122 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further, the allegations contained in Paragraph 122 of the Third Amended Complaint purport to paraphrase, state, or interpret documents that speak for themselves and do not require an answer. To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 122 of the Third Amended Complaint.

**PARAGRAPH 123:**  The allegations contained in Paragraph 123 of the Third Amended Complaint purport to paraphrase, state, or interpret documents that speak for themselves and do not require an answer.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 123 of the Third Amended Complaint.

**PARAGRAPH 124:**  Paragraph 124 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further, the allegations contained in Paragraph 124 of the Third Amended Complaint purport to paraphrase, state, or interpret documents that speak for themselves and do not require an answer. To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 124 of the Third Amended Complaint.

**PARAGRAPH 125:**  The allegations contained in Paragraph 125 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 125 of the Third Amended Complaint.

**PARAGRAPH 126:**  Paragraph 126 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further, the allegations contained in Paragraph 126 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required. To the extent that a response is

deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 126 of the Third Amended Complaint.

**PARAGRAPH 127:**  Paragraph 127 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further, the allegations contained in Paragraph 127 of the Third Amended Complaint purport to paraphrase, state, or interpret documents that speak for themselves and do not require an answer. To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 127 of the Third Amended Complaint.

**PARAGRAPH 128:**  Paragraph 128 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further, the allegations contained in Paragraph 128 of the Third Amended Complaint purport to paraphrase, state, or interpret documents that speak for themselves and do not require an answer. To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 128 of the Third Amended Complaint.

**PARAGRAPH 129:**  Paragraph 129 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further, the allegations contained in Paragraph 129 of the Third Amended Complaint purport to paraphrase, state, or interpret documents that speak for themselves and do not require an answer. To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 129 of the Third Amended Complaint.

**PARAGRAPH 130:**  Paragraph 130 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 130 of the Third Amended Complaint.

1.      **SUTTER VALLEY HOSPITALS and SUTTER HEALTH Knew the SAC CARDIO Agreements Were Illegal.**

**PARAGRAPH 131:**  Paragraph 131 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

1   the allegations contained in Paragraph 131 of the Third Amended Complaint purport to

2   paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

3   To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

4   denies each and every allegation contained in Paragraph 131 of the Third Amended Complaint.

5       **PARAGRAPH 132:**  Paragraph 132 of the Third Amended Complaint does not

6   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

7   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

8   each and every allegation contained in Paragraph 132 of the Third Amended Complaint.

9       **PARAGRAPH 133:** Paragraph 133 of the Third Amended Complaint does not

10  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required. To the

11  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

12  each and every allegation contained in Paragraph 133 of the Third Amended Complaint.

13      **PARAGRAPH 134:**  Paragraph 134 of the Third Amended Complaint does not

14  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required. To the

15  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

16  each and every allegation contained in Paragraph 134 of the Third Amended Complaint.

17      **PARAGRAPH 135:**  Paragraph 135 of the Third Amended Complaint does not

18  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

19  the allegations contained in Paragraph 135 of the Third Amended Complaint purport to

20  paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

21  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

22  denies each and every allegation contained in Paragraph 135 of the Third Amended Complaint.

23      **PARAGRAPH 136:**  Paragraph 136 of the Third Amended Complaint does not

24  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

25  the allegations contained in Paragraph 136 of the Third Amended Complaint purport to

26  paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

27  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

28  denies each and every allegation contained in Paragraph 136 of the Third Amended Complaint.

1       **PARAGRAPH 137:**  Paragraph 137 of the Third Amended Complaint does not

2  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

3  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

4  each and every allegation contained in Paragraph 137 of the Third Amended Complaint.

5           **2.**      **SUTTER HEALTH'S CEO Directly Intervened to Resume SUTTER**

6                **VALLEY HOSPITALS' Knowing Payment of Kickbacks to Induce**

7                **Referrals.**

8       **PARAGRAPH 138:**  Paragraph 138 of the Third Amended Complaint does not

9  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

10  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

11  each and every allegation contained in Paragraph 138 of the Third Amended Complaint.

12       **PARAGRAPH 139:**  Paragraph 139 of the Third Amended Complaint does not

13  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

14  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

15  each and every allegation contained in Paragraph 139 of the Third Amended Complaint.

16       **PARAGRAPH 140:**  Paragraph 140 of the Third Amended Complaint does not

17  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

18  the allegations contained in Paragraph 140 of the Third Amended Complaint purport to

19  paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

20  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

21  denies each and every allegation contained in Paragraph 140 of the Third Amended Complaint.

22       **PARAGRAPH 141:**  Paragraph 141 of the Third Amended Complaint does not

23  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

24  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

25  each and every allegation contained in Paragraph 141 of the Third Amended Complaint.

26       **PARAGRAPH 142:**  Paragraph 142 of the Third Amended Complaint does not

27  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

28

1  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

2  each and every allegation contained in Paragraph 142 of the Third Amended Complaint.

3       **PARAGRAPH 143:**  Paragraph 143 of the Third Amended Complaint does not

4  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

5  the allegations contained in Paragraph 143 of the Third Amended Complaint purport to

6  paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

7  conclusions about the same, to which no response is required.  To the extent that a response is

8  deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

9  contained in Paragraph 143 of the Third Amended Complaint.

10       **PARAGRAPH 144:**  Paragraph 144 of the Third Amended Complaint does not

11  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

12  the allegations contained in Paragraph 144 of the Third Amended Complaint purport to

13  paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

14  conclusions about the same, to which no response is required.  To the extent that a response is

15  deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

16  contained in Paragraph 144 of the Third Amended Complaint.

17       **PARAGRAPH 145:**  Paragraph 145 of the Third Amended Complaint does not

18  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

19  the allegations contained in Paragraph 145 of the Third Amended Complaint purport to

20  paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

21  conclusions about the same, to which no response is required.  To the extent that a response is

22  deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

23  contained in Paragraph 145 of the Third Amended Complaint.

24       **PARAGRAPH 146:**  Paragraph 146 of the Third Amended Complaint does not

25  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

26  the allegations contained in Paragraph 146 of the Third Amended Complaint purport to

27  paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

28  conclusions about the same, to which no response is required.  To the extent that a response is

1   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

2   contained in Paragraph 146 of the Third Amended Complaint.

3              **3.**    **Relator's Knowledge of SUTTER VALLEY HOSPITALS' Billing**

4                     **Processes and Submission of False Claims to Medicare.**

5         **PARAGRAPH 147:**  Defendant SUTTER BAY HOSPITALS is without

6   sufficient knowledge or information to admit or deny the allegations contained in Paragraph 147

7   of the Third Amended Complaint and on that basis Defendant SUTTER BAY HOSPITALS

8   denies said allegations.

9         **PARAGRAPH 148:**  The allegations contained in Paragraph 148 of the Third

10   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

11   legal arguments or legal conclusions about the same, to which no response is required.  Further,

12   the allegations contained in Paragraph 148 of the Third Amended Complaint purport to

13   paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

14   To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

15   denies each and every allegation contained in Paragraph 148 of the Third Amended Complaint.

16              **4.**    **SUTTER VALLEY HOSPITALS' Representative False Claims.**

17         **PARAGRAPH 149:**  Paragraph 149 of the Third Amended Complaint does not

18   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

19   the allegations contained in Paragraph 149 of the Third Amended Complaint purport to

20   paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

21   To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

22   denies each and every allegation contained in Paragraph 149 of the Third Amended Complaint.

23         **PARAGRAPH 150:**  Paragraph 150 of the Third Amended Complaint does not

24   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

25   the allegations contained in Paragraph 150 of the Third Amended Complaint purport to

26   paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

27   To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

28   denies each and every allegation contained in Paragraph 150 of the Third Amended Complaint.

1    **PARAGRAPH 151**:  Paragraph 151 of the Third Amended Complaint does not

2  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

3  the allegations contained in Paragraph 151 of the Third Amended Complaint purport to

4  paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

5  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

6  denies each and every allegation contained in Paragraph 151 of the Third Amended Complaint.

7    **5.    Relator's Knowledge of Physician Referrals.**

8    **PARAGRAPH 152**:  Paragraph 152 of the Third Amended Complaint contains

9  no allegations with respect to a particular Defendant or claim, and therefore no response is

10  required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY

11  HOSPITALS denies each and every allegation contained in Paragraph 152 of the Third

12  Amended Complaint.

13    **PARAGRAPH 153**:  Paragraph 153 of the Third Amended Complaint does not

14  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

15  the allegations contained in Paragraph 153 of the Third Amended Complaint purport to

16  paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

17  conclusions about the same, to which no response is required.  To the extent that a response is

18  deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

19  contained in Paragraph 153 of the Third Amended Complaint.

20    **PARAGRAPH 154**:  Paragraph 154 of the Third Amended Complaint does not

21  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

22  the allegations contained in Paragraph 154 of the Third Amended Complaint purport to

23  paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

24  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

25  denies each and every allegation contained in Paragraph 154 of the Third Amended Complaint.

26    **6.    SAC CARDIO's Representative False Claims.**

27    **PARAGRAPH 155**:  Paragraph 155 of the Third Amended Complaint does not

28  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

1   the allegations contained in Paragraph 155 of the Third Amended Complaint purport to

2   paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

3   To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

4   denies each and every allegation contained in Paragraph 155 of the Third Amended Complaint.

5        **PARAGRAPH 156:**  Paragraph 156 of the Third Amended Complaint does not

6   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

7   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

8   each and every allegation contained in Paragraph 156 of the Third Amended Complaint.

9        **PARAGRAPH 157:**  Paragraph 157 of the Third Amended Complaint does not

10   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

11   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

12   each and every allegation contained in Paragraph 157 of the Third Amended Complaint.

13          7.     **Partial Recoveries from SUTTER HEALTH, SUTTER VALLEY**

14                   **HOSPITALS and SAC CARDIO.**

15        **PARAGRAPH 158:**  Paragraph 158 of the Third Amended Complaint does not

16   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

17   the allegations contained in Paragraph 158 of the Third Amended Complaint purport to

18   paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

19   To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

20   denies each and every allegation contained in Paragraph 158 of the Third Amended Complaint.

21        **PARAGRAPH 159:**  Paragraph 159 of the Third Amended Complaint does not

22   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

23   the allegations contained in Paragraph 159 of the Third Amended Complaint purport to

24   paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

25   To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

26   denies each and every allegation contained in Paragraph 159 of the Third Amended Complaint.

27        **PARAGRAPH 160:**  Paragraph 160 contains no allegations with respect to a

28   particular Defendant or claim, and therefore no response is required.  Further, the allegations

contained in Paragraph 160 of the Third Amended Complaint purport to paraphrase, state, or interpret documents that speak for themselves and do not require an answer.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 160 of the Third Amended Complaint.

**8.    SUTTER HEALTH and SUTTER VALLEY HOSPITALS Knowingly Retained Overpayments.**

**PARAGRAPH 161:**  Paragraph 161 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 161 of the Third Amended Complaint.

**PARAGRAPH 162:**  Paragraph 162 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further, the allegations contained in Paragraph 162 of the Third Amended Complaint purport to paraphrase, state, or interpret documents that speak for themselves and do not require an answer. To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 162 of the Third Amended Complaint.

**B.    Dr. David K. Roberts**

**PARAGRAPH 163:**  Paragraph 163 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required. Further, the allegations contained in Paragraph 163 of the Third Amended Complaint purport to paraphrase, state, or interpret documents that speak for themselves and do not require an answer. To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 163 of the Third Amended Complaint.

**PARAGRAPH 164:**  Paragraph 164 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 164 of the Third Amended Complaint.

1    **PARAGRAPH 165**:  Paragraph 165 of the Third Amended Complaint does not

2    apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

3    the allegations contained in Paragraph 165 of the Third Amended Complaint purport to

4    paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

5    To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

6    denies each and every allegation contained in Paragraph 165 of the Third Amended Complaint.

7    **PARAGRAPH 166**:  Paragraph 166 of the Third Amended Complaint does not

8    apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

9    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

10   each and every allegation contained in Paragraph 166 of the Third Amended Complaint.

11   **PARAGRAPH 167**:  Paragraph 167 of the Third Amended Complaint does not

12   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

13   the allegations contained in Paragraph 167 of the Third Amended Complaint purport to

14   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

15   conclusions about the same, to which no response is required.  To the extent that a response is

16   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

17   contained in Paragraph 167 of the Third Amended Complaint.

18   **PARAGRAPH 168**:  Paragraph 168 of the Third Amended Complaint does not

19   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

20   the allegations contained in Paragraph 168 of the Third Amended Complaint purport to

21   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

22   conclusions about the same, to which no response is required.  To the extent that a response is

23   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

24   contained in Paragraph 168 of the Third Amended Complaint.

25   **PARAGRAPH 169**:  Paragraph 169 of the Third Amended Complaint does not

26   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

27   the allegations contained in Paragraph 169 of the Third Amended Complaint purport to

28   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

1  conclusions about the same, to which no response is required.  To the extent that a response is

2  deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

3  contained in Paragraph 169 of the Third Amended Complaint.

4        **PARAGRAPH 170**:  Paragraph 170 of the Third Amended Complaint does not

5  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

6  the allegations contained in Paragraph 170 of the Third Amended Complaint purport to

7  paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

8  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

9  denies each and every allegation contained in Paragraph 170 of the Third Amended Complaint.

10        **PARAGRAPH 171**:  Paragraph 171 of the Third Amended Complaint does not

11  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

12  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

13  each and every allegation contained in Paragraph 171 of the Third Amended Complaint.

14        **PARAGRAPH 172**:  Paragraph 172 of the Third Amended Complaint does not

15  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

16  the allegations contained in Paragraph 172 of the Third Amended Complaint purport to

17  paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

18  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

19  denies each and every allegation contained in Paragraph 172 of the Third Amended Complaint.

20      **C.**    **East Bay Cardiac Surgery Center Medical Group ("EAST BAY**

21          **CARDIAC")**

22        **PARAGRAPH 173**:  Defendant SUTTER BAY HOSPITALS denies each and

23  every allegation contained in Paragraph 173 of the Third Amended Complaint.

24        **PARAGRAPH 174**:  The allegations contained in Paragraph 174 of the Third

25  Amended Complaint purport to paraphrase, state, or interpret documents that speak for

26  themselves and do not require an answer.  To the extent that a response is deemed to be required,

27  Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph

28  174 of the Third Amended Complaint.

**PARAGRAPH 175**:  Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 175 of the Third Amended Complaint.

**PARAGRAPH 176**:  The allegations contained in Paragraph 176 of the Third Amended Complaint purport to paraphrase, state, or interpret documents that speak for themselves and do not require an answer.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 176 of the Third Amended Complaint.

**PARAGRAPH 177**:  Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 177 of the Third Amended Complaint.

**PARAGRAPH 178**:  Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 178 of the Third Amended Complaint.

**PARAGRAPH 179**:  The allegations contained in Paragraph 179 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 179 of the Third Amended Complaint.

**PARAGRAPH 180**:  The allegations contained in Paragraph 180 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 180 of the Third Amended Complaint.

**PARAGRAPH 181**:  The allegations contained in Paragraph 181 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 181 of the Third Amended Complaint.

**PARAGRAPH 182**:  The allegations contained in Paragraph 182 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

1 legal arguments or legal conclusions about the same, to which no response is required.  To the

2 extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

3 each and every allegation contained in Paragraph 182 of the Third Amended Complaint.

4 **PARAGRAPH 183:**  The allegations contained in Paragraph 183 of the Third

5 Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

6 legal arguments or legal conclusions about the same, to which no response is required.  Further,

7 the allegations contained in Paragraph 183 of the Third Amended Complaint purport to

8 paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

9 To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

10 denies each and every allegation contained in Paragraph 183 of the Third Amended Complaint.

11 **PARAGRAPH 184:**  The allegations contained in Paragraph 184 of the Third

12 Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

13 legal arguments or legal conclusions about the same, to which no response is required.  To the

14 extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

15 each and every allegation contained in Paragraph 184 of the Third Amended Complaint.

16 **PARAGRAPH 185:**  The allegations contained in Paragraph 185 of the Third

17 Amended Complaint purport to paraphrase, state, or interpret documents that speak for

18 themselves and do not require an answer.  To the extent that a response is deemed to be required,

19 Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph

20 185 of the Third Amended Complaint.

21 **PARAGRAPH 186:**  Defendant SUTTER BAY HOSPITALS denies each and

22 every allegation contained in Paragraph 186 of the Third Amended Complaint.

23 **PARAGRAPH 187:**  The allegations contained in Paragraph 187 of the Third

24 Amended Complaint purport to paraphrase, state, or interpret documents that speak for

25 themselves and do not require an answer.  To the extent that a response is deemed to be required,

26 Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph

27 187 of the Third Amended Complaint.

28

**D.     Dr. Stephen K. Liu**

**PARAGRAPH 188:**  Paragraph 188 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 188 of the Third Amended Complaint.

**PARAGRAPH 189:**  Paragraph 189 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further, the allegations contained in Paragraph 189 of the Third Amended Complaint purport to paraphrase, state, or interpret documents that speak for themselves and do not require an answer.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 189 of the Third Amended Complaint.

**PARAGRAPH 190:**  Paragraph 190 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further, the allegations contained in Paragraph 190 of the Third Amended Complaint purport to paraphrase, state, or interpret documents that speak for themselves and do not require an answer.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 190 of the Third Amended Complaint.

**PARAGRAPH 191:**  Paragraph 191 of the Third Amended Complaint contains no allegations with respect to a particular Defendant or claim, and therefore no response is required. Further, the allegations contained in Paragraph 191 of the Third Amended Complaint purport to paraphrase, state, or interpret documents that speak for themselves and do not require an answer.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 191 of the Third Amended Complaint.

**PARAGRAPH 192:**  Paragraph 192 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further, the allegations contained in Paragraph 192 of the Third Amended Complaint purport to paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

1    To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

2    denies each and every allegation contained in Paragraph 192 of the Third Amended Complaint.

3    **PARAGRAPH 193:**  Paragraph 193 of the Third Amended Complaint does not

4    apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required. To the

5    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

6    each and every allegation contained in Paragraph 193 of the Third Amended Complaint.

7    **PARAGRAPH 194:**  Paragraph 194 of the Third Amended Complaint does not

8    apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

9    the allegations contained in Paragraph 194 of the Third Amended Complaint purport to

10   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

11   conclusions about the same, to which no response is required.  To the extent that a response is

12   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

13   contained in Paragraph 194 of the Third Amended Complaint.

14   **PARAGRAPH 195:**  Paragraph 195 of the Third Amended Complaint does not

15   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

16   the allegations contained in Paragraph 195 of the Third Amended Complaint purport to

17   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

18   conclusions about the same, to which no response is required.  To the extent that a response is

19   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

20   contained in Paragraph 195 of the Third Amended Complaint.

21   **PARAGRAPH 196:**  Paragraph 196 of the Third Amended Complaint does not

22   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required. Further,

23   the allegations contained in Paragraph 196 of the Third Amended Complaint purport to

24   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

25   conclusions about the same, to which no response is required. To the extent that a response is

26   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

27   contained in Paragraph 196 of the Third Amended Complaint.

28

1    **PARAGRAPH 197:**  Paragraph 197 of the Third Amended Complaint does not

2    apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required. Further,

3    the allegations contained in Paragraph 197 of the Third Amended Complaint purport to

4    paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

5    conclusions about the same, to which no response is required. To the extent that a response is

6    deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

7    contained in Paragraph 197 of the Third Amended Complaint.

8    **PARAGRAPH 198:**  Paragraph 198 of the Third Amended Complaint does not

9    apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

10   the allegations contained in Paragraph 198 of the Third Amended Complaint purport to

11   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

12   conclusions about the same, to which no response is required. To the extent that a response is

13   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

14   contained in Paragraph 198 of the Third Amended Complaint.

15   **PARAGRAPH 199:**  Paragraph 199 of the Third Amended Complaint does not

16   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

17   the allegations contained in Paragraph 199 of the Third Amended Complaint purport to

18   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

19   conclusions about the same, to which no response is required.  To the extent that a response is

20   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

21   contained in Paragraph 199 of the Third Amended Complaint.

22   **PARAGRAPH 200:**  Paragraph 200 of the Third Amended Complaint does not

23   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  To the

24   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

25   each and every allegation contained in Paragraph 200 of the Third Amended Complaint.

26   **PARAGRAPH 201:**  Paragraph 201 of the Third Amended Complaint does not

27   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

28   the allegations contained in Paragraph 201 of the Third Amended Complaint purport to

1  paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

2  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

3  denies each and every allegation contained in Paragraph 201 of the Third Amended Complaint.

4      **E.**    **CEP America-California, a general partnership f/k/a California Emergency**

5              **Physicians Medical Group, a general partnership ("CEPMG GP")**

6      **PARAGRAPH 202:**  Paragraph 202 of the Third Amended Complaint does not

7  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

8  the allegations contained in Paragraph 202 of the Third Amended Complaint purport to

9  paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

10  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

11  denies each and every allegation contained in Paragraph 202 of the Third Amended Complaint.

12      **PARAGRAPH 203:**  Paragraph 203 of the Third Amended Complaint does not

13  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

14  the allegations contained in Paragraph 203 of the Third Amended Complaint purport to

15  paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

16  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

17  denies each and every allegation contained in Paragraph 112 of the Third Amended Complaint.

18      **PARAGRAPH 204:**  Paragraph 204 of the Third Amended Complaint does not

19  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

20  the allegations contained in Paragraph 204 of the Third Amended Complaint purport to

21  paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

22  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

23  denies each and every allegation contained in Paragraph 204 of the Third Amended Complaint.

24      **PARAGRAPH 205:**  Paragraph 205 of the Third Amended Complaint does not

25  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

26  the allegations contained in Paragraph 205 of the Third Amended Complaint purport to

27  paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

28

1   To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

2   denies each and every allegation contained in Paragraph 205 of the Third Amended Complaint.

3       **PARAGRAPH 206:**  Paragraph 206 of the Third Amended Complaint does not

4   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

5   the allegations contained in Paragraph 206 of the Third Amended Complaint purport to

6   paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

7   To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

8   denies each and every allegation contained in Paragraph 206 of the Third Amended Complaint.

9       **PARAGRAPH 207:**  Paragraph 207 of the Third Amended Complaint does not

10   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

11   the allegations contained in Paragraph 207 of the Third Amended Complaint purport to

12   paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

13   To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

14   denies each and every allegation contained in Paragraph 207 of the Third Amended Complaint.

15       **PARAGRAPH 208:**  Paragraph 208 of the Third Amended Complaint does not

16   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

17   the allegations contained in Paragraph 208 of the Third Amended Complaint purport to

18   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

19   conclusions about the same, to which no response is required.   To the extent that a response is

20   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

21   contained in Paragraph 208 of the Third Amended Complaint.

22       **PARAGRAPH 209:**  Paragraph 209 of the Third Amended Complaint does not

23   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

24   the allegations contained in Paragraph 209 of the Third Amended Complaint purport to

25   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

26   conclusions about the same, to which no response is required.  In addition, the allegations

27   contained in Paragraph 209 of the Third Amended Complaint purport to paraphrase, state, or

28   interpret documents that speak for themselves and do not require an answer.  To the extent that a

1   response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and

2   every allegation contained in Paragraph 209 of the Third Amended Complaint.

3       **PARAGRAPH 210:**  Paragraph 210 of the Third Amended Complaint does not

4   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

5   the allegations contained in Paragraph 210 of the Third Amended Complaint purport to

6   paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

7   To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

8   denies each and every allegation contained in Paragraph 210 of the Third Amended Complaint.

9       **PARAGRAPH 211:**  Paragraph 211 of the Third Amended Complaint does not

10  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

11  the allegations contained in Paragraph 211 of the Third Amended Complaint purport to

12  paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

13  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

14  denies each and every allegation contained in Paragraph 211 of the Third Amended Complaint.

15      **PARAGRAPH 212:**  Paragraph 212 of the Third Amended Complaint does not

16  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

17  the allegations contained in Paragraph 212 of the Third Amended Complaint purport to

18  paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

19  conclusions about the same, to which no response is required.  In addition, the allegations

20  contained in Paragraph 212 of the Third Amended Complaint purport to paraphrase, state, or

21  interpret documents that speak for themselves and do not require an answer.  To the extent that a

22  response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and

23  every allegation contained in Paragraph 212 of the Third Amended Complaint.

24      **PARAGRAPH 213:**  The allegations contained in Paragraph 213 of the Third

25  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

26  legal arguments or legal conclusions about the same, to which no response is required.  To the

27  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

28  each and every allegation contained in Paragraph 213 of the Third Amended Complaint.

1       **PARAGRAPH 214**:  Paragraph 214 of the Third Amended Complaint does not

2  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

3  the allegations contained in Paragraph 214 of the Third Amended Complaint purport to

4  paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

5  conclusions about the same, to which no response is required.  In addition, the allegations

6  contained in Paragraph 214 of the Third Amended Complaint purport to paraphrase, state, or

7  interpret documents that speak for themselves and do not require an answer.   To the extent that a

8  response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and

9  every allegation contained in Paragraph 214 of the Third Amended Complaint.

10       **PARAGRAPH 215**:  Paragraph 215 of the Third Amended Complaint does not

11  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

12  the allegations contained in Paragraph 215 of the Third Amended Complaint purport to

13  paraphrase, state, or interpret documents that speak for themselves and do not require an answer.

14  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS

15  denies each and every allegation contained in Paragraph 215 of the Third Amended Complaint.

16       **PARAGRAPH 216**:  The allegations contained in Paragraph 216 of the Third

17  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

18  legal arguments or legal conclusions about the same, to which no response is required.  To the

19  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

20  each and every allegation contained in Paragraph 216 of the Third Amended Complaint.

21       **PARAGRAPH 217**:  Paragraph 217 of the Third Amended Complaint does not

22  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

23  the allegations contained in Paragraph 217 of the Third Amended Complaint purport to

24  paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

25  conclusions about the same, to which no response is required.  In addition, the allegations

26  contained in Paragraph 217 of the Third Amended Complaint purport to paraphrase, state, or

27  interpret documents that speak for themselves and do not require an answer.  To the extent that a

28

1    response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and

2    every allegation contained in Paragraph 217 of the Third Amended Complaint.

3         **PARAGRAPH 218:**  Paragraph 218 of the Third Amended Complaint does not

4    apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

5    the allegations contained in Paragraph 218 of the Third Amended Complaint purport to

6    paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

7    conclusions about the same, to which no response is required.  To the extent that a response is

8    deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

9    contained in Paragraph 218 of the Third Amended Complaint.

10        **PARAGRAPH 219:**  Paragraph 219 of the Third Amended Complaint does not

11   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

12   the allegations contained in Paragraph 219 of the Third Amended Complaint purport to

13   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

14   conclusions about the same, to which no response is required.  To the extent that a response is

15   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

16   contained in Paragraph 219 of the Third Amended Complaint.

17        **PARAGRAPH 220:**  Paragraph 220 of the Third Amended Complaint does not

18   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

19   the allegations contained in Paragraph 220 of the Third Amended Complaint purport to

20   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

21   conclusions about the same, to which no response is required.  To the extent that a response is

22   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

23   contained in Paragraph 220 of the Third Amended Complaint.

24        **PARAGRAPH 221:**  Paragraph 221 of the Third Amended Complaint does not

25   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

26   the allegations contained in Paragraph 221 of the Third Amended Complaint purport to

27   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

28   conclusions about the same, to which no response is required.  To the extent that a response is

1    deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

2    contained in Paragraph 221 of the Third Amended Complaint.

3         **PARAGRAPH 222:**  Paragraph 222 of the Third Amended Complaint does not

4    apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

5    the allegations contained in Paragraph 222 of the Third Amended Complaint purport to

6    paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

7    conclusions about the same, to which no response is required.  To the extent that a response is

8    deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

9    contained in Paragraph 222 of the Third Amended Complaint.

10        **PARAGRAPH 223:**  Paragraph 223 of the Third Amended Complaint does not

11   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

12   the allegations contained in Paragraph 223 of the Third Amended Complaint purport to

13   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

14   conclusions about the same, to which no response is required.  In addition, the allegations

15   contained in Paragraph 223 of the Third Amended Complaint purport to paraphrase, state, or

16   interpret documents that speak for themselves and do not require an answer.  To the extent that a

17   response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and

18   every allegation contained in Paragraph 223 of the Third Amended Complaint.

19   **XIII.   FALSE CLAIMS AND FRAUDULENT CLAIMS AND STATEMENTS**

20        **PARAGRAPH 224:**  Paragraph 224 of the Third Amended Complaint does not

21   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

22   the allegations contained in Paragraph 224 of the Third Amended Complaint purport to

23   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

24   conclusions about the same, to which no response is required.  To the extent that a response is

25   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

26   contained in Paragraph 224 of the Third Amended Complaint.

27        **PARAGRAPH 225:**  Paragraph 225 of the Third Amended Complaint does not

28   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

the allegations contained in Paragraph 225 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 225 of the Third Amended Complaint.

**PARAGRAPH 226:**  Paragraph 226 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further, the allegations contained in Paragraph 226 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 226 of the Third Amended Complaint.

**PARAGRAPH 227:**  Paragraph 227 of the Third Amended Complaint does not apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further, the allegations contained in Paragraph 227 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 227 of the Third Amended Complaint.

**PARAGRAPH 228:**  The allegations contained in Paragraph 228 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation contained in Paragraph 228 of the Third Amended Complaint.

**PARAGRAPH 229:**  The allegations contained in Paragraph 229 of the Third Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal conclusions about the same, to which no response is required.  To the

1    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

2    each and every allegation contained in Paragraph 229 of the Third Amended Complaint.

3        **PARAGRAPH 230:**  The allegations contained in Paragraph 230 of the Third

4    Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

5    legal arguments or legal conclusions about the same, to which no response is required.  To the

6    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

7    each and every allegation contained in Paragraph 230 of the Third Amended Complaint.

8        **PARAGRAPH 231:**  The allegations contained in Paragraph 231 of the Third

9    Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

10   legal arguments or legal conclusions about the same, to which no response is required.  To the

11   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

12   each and every allegation contained in Paragraph 231 of the Third Amended Complaint.

13       **PARAGRAPH 232:**  Paragraph 232 of the Third Amended Complaint does not

14   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

15   the allegations contained in Paragraph 232 of the Third Amended Complaint purport to

16   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

17   conclusions about the same, to which no response is required.  To the extent that a response is

18   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

19   contained in Paragraph 232 of the Third Amended Complaint.

20       **PARAGRAPH 233:**  The allegations contained in Paragraph 233 of the Third

21   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

22   legal arguments or legal conclusions about the same, to which no response is required.  To the

23   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

24   each and every allegation contained in Paragraph 233 of the Third Amended Complaint.

25       **PARAGRAPH 234:**  The allegations contained in Paragraph 234 of the Third

26   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

27   legal arguments or legal conclusions about the same, to which no response is required.  To the

28

1   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

2   each and every allegation contained in Paragraph 234 of the Third Amended Complaint.

3        **PARAGRAPH 235:**  Paragraph 235 of the Third Amended Complaint does not

4   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

5   the allegations contained in Paragraph 235 of the Third Amended Complaint purport to

6   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

7   conclusions about the same, to which no response is required.  To the extent that a response is

8   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

9   contained in Paragraph 235 of the Third Amended Complaint.

10        **PARAGRAPH 236:**  Paragraph 236 of the Third Amended Complaint does not

11   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

12   the allegations contained in Paragraph 236 of the Third Amended Complaint purport to

13   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

14   conclusions about the same, to which no response is required.  To the extent that a response is

15   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

16   contained in Paragraph 236 of the Third Amended Complaint.

17        **PARAGRAPH 237:**  Paragraph 237 of the Third Amended Complaint does not

18   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

19   the allegations contained in Paragraph 237 of the Third Amended Complaint purport to

20   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

21   conclusions about the same, to which no response is required.  To the extent that a response is

22   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

23   contained in Paragraph 237 of the Third Amended Complaint.

24        **PARAGRAPH 238:**  The allegations contained in Paragraph 238 of the Third

25   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

26   legal arguments or legal conclusions about the same, to which no response is required.  To the

27   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

28   each and every allegation contained in Paragraph 238 of the Third Amended Complaint.

1    **PARAGRAPH 239**:  Paragraph 239 of the Third Amended Complaint does not

2  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

3  the allegations contained in Paragraph 239 of the Third Amended Complaint purport to

4  paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

5  conclusions about the same, to which no response is required.  To the extent that a response is

6  deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

7  contained in Paragraph 239 of the Third Amended Complaint.

8    **PARAGRAPH 240**:  Paragraph 240 of the Third Amended Complaint does not

9  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

10  the allegations contained in Paragraph 240 of the Third Amended Complaint purport to

11  paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

12  conclusions about the same, to which no response is required.  To the extent that a response is

13  deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

14  contained in Paragraph 240 of the Third Amended Complaint.

15    **PARAGRAPH 241**:  The allegations contained in Paragraph 241 of the Third

16  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

17  legal arguments or legal conclusions about the same, to which no response is required.  To the

18  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

19  each and every allegation contained in Paragraph 241 of the Third Amended Complaint.

20    **PARAGRAPH 242**:  The allegations contained in Paragraph 242 of the Third

21  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

22  legal arguments or legal conclusions about the same, to which no response is required.  To the

23  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

24  each and every allegation contained in Paragraph 242 of the Third Amended Complaint.

25    **PARAGRAPH 243**:  The allegations contained in Paragraph 243 of the Third

26  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

27  legal arguments or legal conclusions about the same, to which no response is required.  To the

28

1   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

2   each and every allegation contained in Paragraph 243 of the Third Amended Complaint.

3        **PARAGRAPH 244:**  The allegations contained in Paragraph 244 of the Third

4   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

5   legal arguments or legal conclusions about the same, to which no response is required.  To the

6   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

7   each and every allegation contained in Paragraph 244 of the Third Amended Complaint.

8   **COUNT ONE**

9   (False Claims Act: Presentation of False Claims)

10  (31 U.S.C. § 3729(a)(1) now (a)(1)(A))

11       **PARAGRAPH 245:**  Defendant SUTTER BAY HOSPITALS incorporates its

12  responses to each and every allegation set forth in all paragraphs of this Third Amended

13  Complaint set out above as if fully stated herein.

14       **PARAGRAPH 246:**  Paragraph 246 of the Third Amended Complaint does not

15  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

16  the allegations contained in Paragraph 246 of the Third Amended Complaint purport to

17  paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

18  conclusions about the same, to which no response is required.  To the extent that a response is

19  deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

20  contained in Paragraph 246 of the Third Amended Complaint.

21       **PARAGRAPH 247:**  The allegations contained in Paragraph 247 of the Third

22  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

23  legal arguments or legal conclusions about the same, to which no response is required.  To the

24  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

25  each and every allegation contained in Paragraph 247 of the Third Amended Complaint.

26       **PARAGRAPH 248:**  The allegations contained in Paragraph 248 of the Third

27  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

28  legal arguments or legal conclusions about the same, to which no response is required.  To the

1   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

2   each and every allegation contained in Paragraph 248 of the Third Amended Complaint.

3                                    **COUNT TWO**

4              (False Claims Act: Using False Statements to Get False Claims Paid)

5                        (31 U.S.C. § 3729(a)(2), now 3729(a)(1)(B))

6          **PARAGRAPH 249**:  Defendant SUTTER BAY HOSPITALS incorporates its

7   responses to each and every allegation set forth in all paragraphs of this Third Amended

8   Complaint set out above as if fully stated herein.

9          **PARAGRAPH 250**:  The allegations contained in Paragraph 250 of the Third

10  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

11  legal arguments or legal conclusions about the same, to which no response is required.  To the

12  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

13  each and every allegation contained in Paragraph 250 of the Third Amended Complaint.

14         **PARAGRAPH 251**:  The allegations contained in Paragraph 251 of the Third

15  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

16  legal arguments or legal conclusions about the same, to which no response is required.  To the

17  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

18  each and every allegation contained in Paragraph 251 of the Third Amended Complaint.

19         **PARAGRAPH 252**:  The allegations contained in Paragraph 252 of the Third

20  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

21  legal arguments or legal conclusions about the same, to which no response is required.  To the

22  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

23  each and every allegation contained in Paragraph 252 of the Third Amended Complaint.

24         **PARAGRAPH 253**:  The allegations contained in Paragraph 253 of the Third

25  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

26  legal arguments or legal conclusions about the same, to which no response is required.  To the

27  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

28  each and every allegation contained in Paragraph 253 of the Third Amended Complaint.

1

**COUNT THREE**

2

(False Claims Act: False Record Material to Obligation to Pay)

3

(31 U.S.C. § 3729(a)(7), now (a)(1)(G))

4       **PARAGRAPH 254:**  Defendant SUTTER BAY HOSPITALS incorporates its

5   responses to each and every allegation set forth in all paragraphs of this Third Amended

6   Complaint set out above as if fully stated herein.

7       **PARAGRAPH 255:**  The allegations contained in Paragraph 255 of the Third

8   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

9   legal arguments or legal conclusions about the same, to which no response is required.  To the

10  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

11  each and every allegation contained in Paragraph 255 of the Third Amended Complaint.

12      **PARAGRAPH 256:**  The allegations contained in Paragraph 256 of the Third

13  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

14  legal arguments or legal conclusions about the same, to which no response is required.  To the

15  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

16  each and every allegation contained in Paragraph 256 of the Third Amended Complaint.

17

**COUNT FOUR**

18

(False Claims Act: Conspiracy to Violate False Claims Act)

19

(31 U.S.C. § 3729(a)(3), now 3729(a)(1)(C))

20      **PARAGRAPH 257:**  Defendant SUTTER BAY HOSPITALS incorporates its

21  responses to each and every allegation set forth in all paragraphs of this Third Amended

22  Complaint set out above as if fully stated herein.

23      **PARAGRAPH 258:**  Paragraph 258 of the Third Amended Complaint does not

24  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

25  the allegations contained in Paragraph 258 of the Third Amended Complaint purport to

26  paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

27  conclusions about the same, to which no response is required.  To the extent that a response is

28

1  deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

2  contained in Paragraph 258 of the Third Amended Complaint.

3    **PARAGRAPH 259:**  Paragraph 259 of the Third Amended Complaint does not

4  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

5  the allegations contained in Paragraph 259 of the Third Amended Complaint purport to

6  paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

7  conclusions about the same, to which no response is required.  To the extent that a response is

8  deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

9  contained in Paragraph 259 of the Third Amended Complaint.

10    **PARAGRAPH 260:**  Paragraph 260 of the Third Amended Complaint does not

11  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

12  the allegations contained in Paragraph 260 of the Third Amended Complaint purport to

13  paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

14  conclusions about the same, to which no response is required.  To the extent that a response is

15  deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

16  contained in Paragraph 260 of the Third Amended Complaint.

17    **PARAGRAPH 261:**  Paragraph 261 of the Third Amended Complaint does not

18  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

19  the allegations contained in Paragraph 261 of the Third Amended Complaint purport to

20  paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

21  conclusions about the same, to which no response is required.  To the extent that a response is

22  deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

23  contained in Paragraph 261 of the Third Amended Complaint.

24    **PARAGRAPH 262:**  The allegations contained in Paragraph 262 of the Third

25  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

26  legal arguments or legal conclusions about the same, to which no response is required.  To the

27  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

28  each and every allegation contained in Paragraph 262 of the Third Amended Complaint.

1    **PARAGRAPH 263:**  The allegations contained in Paragraph 263 of the Third

2    Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

3    legal arguments or legal conclusions about the same, to which no response is required.  To the

4    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

5    each and every allegation contained in Paragraph 263 of the Third Amended Complaint.

6    **PARAGRAPH 264:**  Paragraph 264 of the Third Amended Complaint does not

7    apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

8    the allegations contained in Paragraph 264 of the Third Amended Complaint purport to

9    paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

10   conclusions about the same, to which no response is required.  To the extent that a response is

11   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

12   contained in Paragraph 264 of the Third Amended Complaint.

13   **PARAGRAPH 265:**  Paragraph 265 of the Third Amended Complaint does not

14   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

15   the allegations contained in Paragraph 265 of the Third Amended Complaint purport to

16   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

17   conclusions about the same, to which no response is required.  To the extent that a response is

18   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

19   contained in Paragraph 265 of the Third Amended Complaint.

20   **PARAGRAPH 266:**  Paragraph 266 of the Third Amended Complaint does not

21   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

22   the allegations contained in Paragraph 266 of the Third Amended Complaint purport to

23   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

24   conclusions about the same, to which no response is required.  To the extent that a response is

25   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

26   contained in Paragraph 266 of the Third Amended Complaint.

27   **PARAGRAPH 267:**  Paragraph 267 of the Third Amended Complaint does not

28   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

1    the allegations contained in Paragraph 267 of the Third Amended Complaint purport to

2    paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

3    conclusions about the same, to which no response is required.  To the extent that a response is

4    deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

5    contained in Paragraph 267 of the Third Amended Complaint.

6        **PARAGRAPH 268**:  The allegations contained in Paragraph 268 of the Third

7    Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

8    legal arguments or legal conclusions about the same, to which no response is required.  To the

9    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

10   each and every allegation contained in Paragraph 268 of the Third Amended Complaint.

11                             **COUNT FIVE**

12              (California False Claims Act: Presentation of False Claims)

13                     (Cal. Gov't Code § 12651(a)(1))

14       **PARAGRAPH 269**:  Defendant SUTTER BAY HOSPITALS incorporates its

15   responses to each and every allegation set forth in all paragraphs of this Third Amended

16   Complaint set out above as if fully stated herein.

17       **PARAGRAPH 270**:  The allegations contained in Paragraph 270 of the Third

18   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

19   legal arguments or legal conclusions about the same, to which no response is required.  To the

20   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

21   each and every allegation contained in Paragraph 270 of the Third Amended Complaint.

22       **PARAGRAPH 271**:  The allegations contained in Paragraph 271 of the Third

23   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

24   legal arguments or legal conclusions about the same, to which no response is required.  To the

25   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

26   each and every allegation contained in Paragraph 271 of the Third Amended Complaint.

27       **PARAGRAPH 272**:  The allegations contained in Paragraph 272 of the Third

28   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

1    legal arguments or legal conclusions about the same, to which no response is required.  To the

2    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

3    each and every allegation contained in Paragraph 272 of the Third Amended Complaint.

4         **PARAGRAPH 273**:  The allegations contained in Paragraph 273 of the Third

5    Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

6    legal arguments or legal conclusions about the same, to which no response is required.  To the

7    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

8    each and every allegation contained in Paragraph 273 of the Third Amended Complaint.

9         **PARAGRAPH 274**:  The allegations contained in Paragraph 274 of the Third

10   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

11   legal arguments or legal conclusions about the same, to which no response is required.  To the

12   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

13   each and every allegation contained in Paragraph 274 of the Third Amended Complaint.

14        **PARAGRAPH 275**:  The allegations contained in Paragraph 275 of the Third

15   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

16   legal arguments or legal conclusions about the same, to which no response is required.  Further,

17   the allegations contained in Paragraph 275 of the Third Amended Complaint purport to

18   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

19   conclusions about the same, to which no response is required.  To the extent that a response is

20   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

21   contained in Paragraph 275 of the Third Amended Complaint.

22        **PARAGRAPH 276**:  The allegations contained in Paragraph 276 of the Third

23   Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

24   legal arguments or legal conclusions about the same, to which no response is required.  To the

25   extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

26   each and every allegation contained in Paragraph 276 of the Third Amended Complaint.

27

28

1

## COUNT SIX

2

(California False Claims Act: Using False Statements to Get False Claims Paid)

3

(Cal. Gov't Code § 12651(a)(2))

4          **PARAGRAPH 277:**  Defendant SUTTER BAY HOSPITALS incorporates its

5 responses to each and every allegation set forth in all paragraphs of this Third Amended

6 Complaint set out above as if fully stated herein.

7          **PARAGRAPH 278:**  The allegations contained in Paragraph 278 of the Third

8 Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

9 legal arguments or legal conclusions about the same, to which no response is required.  To the

10 extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

11 each and every allegation contained in Paragraph 278 of the Third Amended Complaint.

12         **PARAGRAPH 279:**  The allegations contained in Paragraph 279 of the Third

13 Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

14 legal arguments or legal conclusions about the same, to which no response is required.  To the

15 extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

16 each and every allegation contained in Paragraph 279 of the Third Amended Complaint.

17         **PARAGRAPH 280:**  The allegations contained in Paragraph 280 of the Third

18 Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

19 legal arguments or legal conclusions about the same, to which no response is required.  To the

20 extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

21 each and every allegation contained in Paragraph 280 of the Third Amended Complaint.

22         **PARAGRAPH 281:**  The allegations contained in Paragraph 281 of the Third

23 Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

24 legal arguments or legal conclusions about the same, to which no response is required.  To the

25 extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

26 each and every allegation contained in Paragraph 281 of the Third Amended Complaint.

27

28

1

**COUNT SEVEN**

2

(California False Claims Act: False Record Material to Obligation to Pay)

3

(Cal. Gov't Code § 12651(a)(7))

4      **PARAGRAPH 282:**  Defendant SUTTER BAY HOSPITALS incorporates its

5 responses to each and every allegation set forth in all paragraphs of this Third Amended

6 Complaint set out above as if fully stated herein.

7      **PARAGRAPH 283:**  The allegations contained in Paragraph 283 of the Third

8 Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

9 legal arguments or legal conclusions about the same, to which no response is required.  To the

10 extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

11 each and every allegation contained in Paragraph 283 of the Third Amended Complaint.

12      **PARAGRAPH 284:**  The allegations contained in Paragraph 284 of the Third

13 Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

14 legal arguments or legal conclusions about the same, to which no response is required.  To the

15 extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

16 each and every allegation contained in Paragraph 284 of the Third Amended Complaint.

17

**COUNT EIGHT**

18

(California False Claims Act: Discovery of Inadvertent Submission of False Claims)

19

(Cal. Gov't Code § 12651(a)(8))

20      **PARAGRAPH 285:**  Defendant SUTTER BAY HOSPITALS incorporates its

21 responses to each and every allegation set forth in all paragraphs of this Third Amended

22 Complaint set out above as if fully stated herein.

23      **PARAGRAPH 286:**  The allegations contained in Paragraph 286 of the Third

24 Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

25 legal arguments or legal conclusions about the same, to which no response is required.  To the

26 extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

27 each and every allegation contained in Paragraph 286 of the Third Amended Complaint.

28

1    **PARAGRAPH 287**:  The allegations contained in Paragraph 287 of the Third

2    Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

3    legal arguments or legal conclusions about the same, to which no response is required.  To the

4    extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

5    each and every allegation contained in Paragraph 287 of the Third Amended Complaint.

6                                   **COUNT NINE**

7              (California False Claims Act: Conspiracy to Violate False Claims Act)

8                          (Cal. Gov't Code § 12651(a)(3))

9    **PARAGRAPH 288**:  Defendant SUTTER BAY HOSPITALS incorporates its

10   responses to each and every allegation set forth in all paragraphs of this Third Amended

11   Complaint set out above as if fully stated herein.

12   **PARAGRAPH 289**:  Paragraph 289 of the Third Amended Complaint does not

13   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

14   the allegations contained in Paragraph 289 of the Third Amended Complaint purport to

15   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

16   conclusions about the same, to which no response is required.  To the extent that a response is

17   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

18   contained in Paragraph 289 of the Third Amended Complaint.

19   **PARAGRAPH 290**:  Paragraph 290 of the Third Amended Complaint does not

20   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

21   the allegations contained in Paragraph 290 of the Third Amended Complaint purport to

22   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

23   conclusions about the same, to which no response is required.  To the extent that a response is

24   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

25   contained in Paragraph 290 of the Third Amended Complaint.

26   **PARAGRAPH 291**:  Paragraph 291 of the Third Amended Complaint does not

27   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

28   the allegations contained in Paragraph 291 of the Third Amended Complaint purport to

1   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

2   conclusions about the same, to which no response is required.  To the extent that a response is

3   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

4   contained in Paragraph 291 of the Third Amended Complaint.

5        **PARAGRAPH 292:**  Paragraph 292 of the Third Amended Complaint does not

6   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

7   the allegations contained in Paragraph 292 of the Third Amended Complaint purport to

8   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

9   conclusions about the same, to which no response is required.  To the extent that a response is

10  deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

11  contained in Paragraph 292 of the Third Amended Complaint.

12       **PARAGRAPH 293:**  The allegations contained in Paragraph 293 of the Third

13  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

14  legal arguments or legal conclusions about the same, to which no response is required.  To the

15  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

16  each and every allegation contained in Paragraph 293 of the Third Amended Complaint.

17       **PARAGRAPH 294:**  The allegations contained in Paragraph 294 of the Third

18  Amended Complaint purport to paraphrase, state, or interpret law or regulations, or constitute

19  legal arguments or legal conclusions about the same, to which no response is required.  To the

20  extent that a response is deemed to be required, Defendant SUTTER BAY HOSPITALS denies

21  each and every allegation contained in Paragraph 294 of the Third Amended Complaint.

22       **PARAGRAPH 295:**  Paragraph 295 of the Third Amended Complaint does not

23  apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

24  the allegations contained in Paragraph 295 of the Third Amended Complaint purport to

25  paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

26  conclusions about the same, to which no response is required.  To the extent that a response is

27  deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

28  contained in Paragraph 295 of the Third Amended Complaint.

1    **PARAGRAPH 296**:  Paragraph 296 of the Third Amended Complaint does not

2    apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

3    the allegations contained in Paragraph 296 of the Third Amended Complaint purport to

4    paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

5    conclusions about the same, to which no response is required.  To the extent that a response is

6    deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

7    contained in Paragraph 296 of the Third Amended Complaint.

8    **PARAGRAPH 297**:  Paragraph 297 of the Third Amended Complaint does not

9    apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

10   the allegations contained in Paragraph 297 of the Third Amended Complaint purport to

11   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

12   conclusions about the same, to which no response is required.  To the extent that a response is

13   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

14   contained in Paragraph 297 of the Third Amended Complaint.

15   **PARAGRAPH 298**:  Paragraph 298 of the Third Amended Complaint does not

16   apply to Defendant SUTTER BAY HOSPITALS and therefore no response is required.  Further,

17   the allegations contained in Paragraph 298 of the Third Amended Complaint purport to

18   paraphrase, state, or interpret law or regulations, or constitute legal arguments or legal

19   conclusions about the same, to which no response is required.  To the extent that a response is

20   deemed to be required, Defendant SUTTER BAY HOSPITALS denies each and every allegation

21   contained in Paragraph 298 of the Third Amended Complaint.

22   **PARAGRAPH 299**:  Defendant SUTTER BAY HOSPITALS denies each and

23   every allegation contained in Paragraph 299 of the Third Amended Complaint.

24   ***

25   **ANSWER TO DAMAGES COUNTS 1-12**:  Paragraphs (1)-(12) set forth

26   Relator's prayer for judgment to which no response is required.  To the extent that responses to

27   these paragraphs are required, Defendant SUTTER BAY HOSPITALS denies any allegations set

28   forth therein and denies that Relator is entitled to any relief, including a permanent injunction

1    pursuant to 35 U.S.C. § 271(e)(4)(B) as, *inter alia*, Relator is not entitled to relief under said

2    provision.

## RELIEF REQUESTED

4          All paragraphs in this section contain a prayer for relief to which no response is

5    required.  To the extent that a response is required, Defendant SUTTER BAY HOSPITALS

6    denies any remaining allegations in the Third Amended Complaint and denies that Relator is

7    entitled to any relief whatsoever against Defendant SUTTER BAY HOSPITALS.

## DEMAND FOR JURY TRIAL

9          This section contains a prayer for relief to which no response is required.

## AFFIRMATIVE DEFENSES

11         Defendant SUTTER BAY HOSPITALS pleads the following affirmative defenses

12   and reserves the right to assert additional affirmative defenses to the extent that such defenses

13   become known as a result of discovery or otherwise:

14         1.     Relator's claims are barred, in whole or in part, because some or all of Defendant

15   SUTTER BAY HOSPITALS' alleged actions are protected under the "safe harbor" provisions of

16   42 C.F.R. § 1001.952, including the personal services and management contracts and outcomes-

17   based payment arrangements safe harbor, 42 C.F.R. § 1001.952(d).

18         2.     Relator's claims are barred, in whole or in part, because some or all of Defendant

19   SUTTER BAY HOSPITALS' alleged actions are protected under the "Stark Law" exceptions of

20   42 C.F.R. § 411.357, including the personal service arrangements, non-DHS services,

21   nonmonetary compensation, fair market value compensation, and indirect compensation

22   arrangements exceptions, 42 C.F.R. §§ 411.357(d), (g), (k), (l), (p).

23         3.     Relator's claims are barred, in whole or in part, because some or all of Defendant

24   SUTTER BAY HOSPITALS' alleged actions are protected under the exceptions provided in

25   California Business and Professions Code § 650.02, including the personal services arrangement

26   exception, Cal. Bus. & Prof. Code § 650.02(b)(6).

27         4.     Damages and claims for which the Relator seeks relief in the Third Amended

28   Complaint, if any, were caused by the acts, errors or omissions or other fault of third parties

and/or contributed to and/or other fault of third parties, for whose conduct Defendant SUTTER

BAY HOSPITALS was not responsible.  Defendant SUTTER BAY HOSPITALS relied on fair

market value assessments provided by third parties for all relevant arrangements between

Hospital Defendants and Physician Group Defendants, and Defendant SUTTER BAY

HOSPITALS is not liable for any acts, errors or omissions by those third parties that resulted in

payments exceeding fair market value.

5.      Relator's claims against Defendant SUTTER BAY HOSPITALS are misjoined

with the Relator's claims against other Defendants and must be severed.

6.      To the extent that any financial penalties or treble damages authorized under the

FCA exceed any actual loss incurred by the federal government as a result of any claims paid,

such damages or financial penalties would constitute an excessive fine under the Eighth

Amendment of the U.S. Constitution and would be void.

7.      Relator's claims are barred, in whole or in part, by the applicable statutes of

limitations or repose.  Where, as here, the government has not intervened, the False Claims Act

and the California False Claims Act are governed by a six year statute of limitations.  31 U.S.C.

§ 3731(b), Cal. Gov't Code § 12654. Relator filed her Original Complaint on September 10,

2014, and thus her FCA and CFCA claims are barred to the extent that they attempt to impose

liability for conduct that occurred prior to September 10, 2008.

8.      Relator's claims are barred, in whole or in part, because substantially the same

allegations or transactions alleged in this action were publicly disclosed and Relator is not an

original source of the information under 31 U.S.C. § 3730(e)(4) and Cal. Gov't. Code §

12652(d)(3).

9.      Relator's claims for relief are barred, in whole or in part, to the extent that she

was not the first to file a complaint based on these allegations under 31 U.S.C. § 3730(b)(5) and

Cal. Gov't. Code § 12652(c)(10). Defendant SUTTER BAY HOSPITALS asserts this defense

based on the possibility that there remains another, still-sealed qui tam action asserting similar

claims.

1    10.    Relator's claims for damages are barred by the fact that the United States has

2  suffered no actual injury or damages. The United States has suffered no actual injury or damages

3  because Defendant SUTTER BAY HOSPITALS did not submit any false claims to the United

4  States and thus the United States has not been damaged or injured by Defendant SUTTER BAY

5  HOSPITALS' conduct.

6    11.    Relator's claimed damages are too remote and speculative to form the basis for

7  relief.

8    12.    To the extent not inconsistent with the foregoing, Defendant SUTTER BAY

9  HOSPITALS adopts and incorporates by reference the Defenses and Affirmative Defenses of all

10  Co-Defendants.

11    13.    Defendant SUTTER BAY HOSPITALS reserves the right to amend its answer to

12  assert further affirmative defenses that are not presently known but may become known and

13  available through further investigation or inquiry.

14

15  Dated:  May 20, 2022                        Respectfully submitted,

16                                             LATHAM & WATKINS LLP

17

18  By: */s/ Jason M. Ohta*
                                                 Jason M. Ohta

19                                             *Attorneys for Sutter Defendants*

20

21

22

23

24

25

26

27

28