LATHAM & WATKINS LLP
Katherine A. Lauer (Bar No. 138010)
  katherine.lauer@lw.com
Jason M. Ohta (Bar No. 211107)
  jason.ohta@lw.com
Amy Hargreaves (Bar No. 266255)
  amy.hargreaves@lw.com
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

*Attorneys for Sutter Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA ex rel. LAURIE M. HANVEY,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER HEALTH, et al.,<br><br>Defendants. | Case No. 4:14-cv-04100-KAW<br><br>**NOTICE OF CHANGE OF COUNSEL OF RECORD**<br><br>Assigned Judge: Hon. Kandis A. Westmore |

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF ROCORD:

2  PLEASE TAKE NOTICE that pursuant to Civil Local Rule 5-1(c)(2)(C), the undersigned
3  counsel gives notice that Steven M. Bauer hereby withdrawals as counsel of record for Sutter
4  Health, Sutter Valley Medical Foundation, Sutter Valley Hospitals and Sutter Bay Hospitals
5  ("Sutter Defendants") in the above-captioned litigation, and respectfully requests that his name
6  be removed from all applicable services lists, including Notices of Electronic Filing. All other
7  counsel of record for Sutter Defendants remain unchanged.

DATED: July 21, 2022

By: */s/ Jason M. Ohta*
LATHAM & WATKINS LLP
Jason M. Ohta (Bar No. 211107)
*jason.ohta@lw.com*
Katherine A. Lauer (Bar No. 138010)
*katherine.lauer@lw.com*
Amy Hargreaves (Bar No. 266255)
*amy.hargreaves@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

*Attorneys for Sutter Defendant*