# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex. rel.* LAURIE M. HANVEY,<br><br>            Relator,<br><br>   v.<br><br>SUTTER HEALTH, *et al*.,<br><br>            Defendants. | Case No. 4:14-cv-04100-KAW<br><br>**[PROPOSED]** ~~[PROPOSED]~~ **ORDER GRANTING RELATOR'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE ADDITIONAL PAGES**<br><br>Dkt. No. 292 |

1

~~[PROPOSED]~~ ORDER GRANTING RELATOR'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE ADDITIONAL PAGES
CASE NO. 14-cv-4100-KAW

**[PROPOSED] ORDER**

This matter comes before the Court on Relator's Administrative Motion for Leave to File Additional Pages (the "Motion"). Upon consideration of the foregoing Motion and the paper submitted in support thereof:

It is hereby ordered that Relator's Motion is GRANTED. Relator is permitted to file one summary judgment opposition brief, not to exceed 75 pages, without additional restrictions on how she may use the allotted pages.

IT IS SO ORDERED.

Dated: May 21, 2024

_____
Hon. Kandis Westmore, United States Magistrate Judge