**BOIES SCHILLER FLEXNER LLP**

George F. Carpinello (*Pro Hac Vice*)
30 S. Pearl St. 12th Floor
Albany, NY 12207
Tel: (518) 434-0600
Fax: (518) 434-0665
gcarpinello@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Sean P. Rodriguez (SBN 262437)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
Fax: (415) 293-6899
mpritt@bsfllp.com
srodriguez@bsfllp.com

Samantha Parrish (SBN 318681)
2029 Century Park East, Suite 1520N
Los Angeles, CA 90067
Tel: (213) 629-9040
Fax:(213) 629-9022
sparrish@bsfllp.com

Jay Schuffenhauer (*Pro Hac Vice*)
1401 New York Ave. NW
Washington, D.C. 20005
Telephone: (202) 237-2727
jschuffenhauer@bsfllp.com

**WITHROW, MCQUADE & OLSEN,**

Scott C. Withrow (*Pro Hac Vice*)
3379 Peachtree Road, NE, Suite 970
Atlanta, Georgia  30326
Tel: (404) 814-0200
Fax: (404) 814-0009
swithrow@wmolaw.com

**WILBANKS & GOUINLOCK, LLP**

Marlan B. Wilbanks (*Pro Hac Vice*)
Susan S. Gouinlock (*Pro Hac Vice*)
3490 Piedmont Road, NE, Suite 1010
Atlanta, Georgia  30305
Tel: (404) 842-1075
Fax: (404) 842-0559
mbw@wilbanksgouinlock.com
ssg@wilbanksgouinlock.com

**HIRST LAW GROUP, P.C.**

Michael A. Hirst (SBN 131034)
Marisela Bernal (SBN 329589)
200 B Street, Suite A
Davis, CA 95616
Tel: (530) 756-7700
Fax: (530) 756-7707
michael.hirst@hirstlawgroup.com
marisela.bernal@hirstlawgroup.com

*Attorneys for Relator*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* LAURIE M. HANVEY,<br><br>Relator,<br><br>v.<br><br>SUTTER HEALTH et al.,<br><br>Defendants. | Case No. 14-cv-04100-KAW<br><br>**STIPULATION OF DISMISSAL OF STEPHEN K. LIU, M.D., PROFESSIONAL CORPORATION** |

Pursuant to Fed. R. Civ. P. 41(a) and a settlement agreement entered into by Relator Laurie M. Hanvey ("Relator") and Defendant Stephen K. Liu, M.D., Professional Corporation ("Liu MD PC") (collectively, the "Parties") effective as of March 19, 2024, the Parties, through their undersigned counsel, hereby stipulate and agree that all claims against Liu MD PC in this action be dismissed with prejudice to Relator and without prejudice to the United States and the State of California, as set forth in the proposed order attached hereto. Each Party shall bear its own fees and costs in this action.

Nothing in this Stipulation shall be deemed a limitation on Relator's right to obtain discovery from Liu MD PC and/or its physicians regarding this action. Relator specifically does not release: (i) Relator's claims not expressly released in the Settlement Agreement, including without limitation any claims against Defendants in this action other than Liu MD PC; and (ii) Relator's claims for expenses, attorney's fees, and costs pursuant to 31 U.S.C. § 3730(d) against Defendants in this action other than Liu MD PC.

The United States has informed Relator and Liu MD PC that it consents to their settlement, and to the dismissal of the claims in this case against Liu MD PC without prejudice to the United States.

The State of California has informed Relator and Liu MD PC that it consents to their settlement, and to the dismissal of the claims in this case against Liu MD PC without prejudice to the State of California.

The parties therefore respectfully request that this Court issue the proposed Order of Dismissal.

**IT IS SO STIPULATED.**

Dated: July 18, 2024                     **BOIES SCHILLER FLEXNER LLP**

*/s/ George F. Carpinello*
George F. Carpinello (Admitted *Pro Hac Vice*)
30 S. Pearl St. 12th Floor
Albany, NY 12207
Tel: (518) 434-0600
Fax: (518) 434-0665
gcarpinello@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Sean P. Rodriguez (SBN 262437)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
Fax: (415) 293-6899
mpritt@bsfllp.com
srodriguez@bsfllp.com

Samantha Parrish (SBN 318681)
2029 Century Park East, Suite 1520N
Los Angeles, CA 90067
Tel: (213) 629-9040
Fax: (213) 629-9022
sparrish@bsfllp.com

Jay Schuffenhauer (Admitted *Pro Hac Vice*)
1401 New York Ave. NW
Washington, D.C. 20005
Tel: (202) 237-2727
jschuffenhauer@bsfllp.com

**WITHROW, MCQUADE & OLSEN, LLP**

Scott C. Withrow (Admitted *Pro Hac Vice*)
3379 Peachtree Road, NE, Suite 970
Atlanta, Georgia  30326
Tel: (404) 814-0200
Fax: (404) 814-0009
swithrow@wmolaw.com

**WILBANKS & GOUINLOCK, LLP**

Marlan B. Wilbanks (Admitted *Pro Hac Vice*)
Susan S. Gouinlock (Admitted *Pro Hac Vice*)
3490 Piedmont Road, NE, Suite 1010
Atlanta, Georgia  30305
Tel: (404) 842-1075
Fax: (404) 842-0559
mbw@wilbanksgouinlock.com
ssg@wilbanksgouinlock.com

**HIRST LAW GROUP, P.C.**

Michael A. Hirst (SBN 131034)
Marisela Bernal (SBN 329589)
200 B Street, Suite A
Davis, CA 95616
Tel: (530) 756-7700
Fax: (530) 756-7707
michael.hirst@hirstlawgroup.com
marisela.bernal@hirstlawgroup.com

*Attorneys for Relator*

Dated: July 18, 2024         /s/ J. Maxwell Cooper

J. Maxwell Cooper (SBN 284054)
mcooper@kessenick.com
Sydney A. Ward (SBN 312615)
sward@kessenick.com
1 Post Street, Suite 2500
San Francisco, California 94104
Telephone:  415.362.9400
Facsimile:  415.362.9401

Attorneys for Defendant Stephen K. Liu, M.D., Professional Corporation