UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiffs,<br>v.<br>SUTTER HEALTH, et al.,<br>Defendants. | Case No. 14-cv-04100-KAW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 353 |

On August 12, 2024, Relator filed a motion to consider whether another party's material should be sealed.  (Re: Dkt. No. 353.)  Relator sought to file under seal exhibits that were identified by Defendant Sutter Health as being confidential.  Per Civil Local Rule 79-5(f), "[w]ithin 7 days of the motion's filing, the Designating Party must file a statement and/or declaration as described in subsection (c)(1)."  Thus, the declaration of Defendant Sutter Health was due by August 19, 2024.

To date, Defendant Sutter Health has not filed its statement and/or declaration.  Accordingly, the Court ORDERS Defendant Sutter Health to show cause, by September 13, 2024, why the exhibits should not be unsealed by: (1) filing a specific statement of the applicable legal standard and the reasons for keeping a document under seal, which must comply with Civil Local Rule 79-5(c), and (2) explaining why Defendant Sutter Health did not timely file its statement and/or declaration.  Failure to comply in full will result in the Court denying the motion and ordering the exhibits unsealed.  (*See* Civil Local Rule 79-5(f)(3) ("A failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to the Designating Party."), (6) ("Additionally, overly broad requests to seal may result in the

///

1    denial of the motion.").)
2            IT IS SO ORDERED.
3    Dated: September 6, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge